# EXHIBIT H

**Claim Chart for U.S. Patent No. 10,200,660**
**COMMUNICATION AND MONITORING SYSTEM**

**Claim 9**

The SimpliSafe Video Doorbell Pro and all other similar devices provided by SimpliSafe (collectively, the "Doorbell Pro") infringes at least the claims charted below of United States Patent No. 10,200,660 (the "'660 Patent"), entitled "Communication and Monitoring System," under 35 U.S.C. § 271(a), either literally or under the doctrine of equivalents. In addition, SimpliSafe indirectly infringes the '660 Patent under sections 271(b) and/or 271(c) by instructing, directing, and/or enabling others, including its customers, purchasers, users and developers, alone, or in combination to use the SimpliSafe Doorbell Pro and/or perform all or some of the steps recited in the claims of the '660 patent, either literally or under the doctrine of equivalents, and by providing a material or apparatus for use in a patented process, when such material or apparatus is especially adapted for use in the infringement of the '660 patent, and is not a staple article or commodity of commerce suitable for substantial non-infringing use.

| U.S. Pat. No. 10,200,660 | Video Doorbell Pro |
|---|---|
| [9.1] A detection and viewing system associated with an entrance comprising: | To the extent the preamble is limiting, the Doorbell Pro is a detection and viewing system associated with an entrance. |

| U.S. Pat. No. 10,200,660 | Video Doorbell Pro |
|---|---|
| |  https://simplisafe.com/video-doorbell-pro |

| U.S. Pat. No. 10,200,660 | Video Doorbell Pro |
|---|---|
| |  https://simplisafe.com/video-doorbell-pro |

| U.S. Pat. No. 10,200,660 | Video Doorbell Pro |
|---|---|
| |  https://simplisafe.com/video-doorbell-pro |

| U.S. Pat. No. 10,200,660 | Video Doorbell Pro |
|---|---|
| | <br><br>https://simplisafe.com/video-doorbell-pro<br><br>To the extent the preamble of claim 9 is limiting, the Doorbell Pro is a detection and viewing system associated with an entrance. |
| [9.2] an exterior device comprising: a microphone; a speaker; a motion detector; and a keypad having one or more buttons, | The Doorbell Pro has an exterior device, or video doorbell device, that is placed or mounted on the exterior of an entrance. |

| U.S. Pat. No. 10,200,660 | Video Doorbell Pro |
|---|---|
| | <br><br>https://simplisafe.com/video-doorbell-pro<br><br>The Doorbell Pro has a camera; a microphone; a speaker; a motion detector; and a keypad having one or more buttons. |

| U.S. Pat. No. 10,200,660 | Video Doorbell Pro |
|---|---|
| |  Meet Doorbell Pro<br><br>162° Field of View<br>Smart motion detection<br>2-way Audio<br><br>**FEATURES**<br>HDR Imaging<br>1080p HD<br>Infrared Night Vision<br>2-way Audio<br>Motion Alerts<br>Pan and Zoom<br>162° Wide Angle Field of View<br>Door Chime<br><br>**REQUIREMENTS**<br>Wifi connection<br>Existing doorbell setup<br><br>SimpliSafe<br><br>https://simplisafe.com/video-doorbell-pro |
| [9.3] wherein the exterior device is capable of wirelessly transmitting digital streaming video, | The Doorbell Pro is capable of wirelessly transmitting digital streaming video.<br><br>After installation of the Doorbell Pro the user is instructed to download a software application, the SimpliSafe app, to the user's Apple iOS or Android cell phone. |

| U.S. Pat. No. 10,200,660 | Video Doorbell Pro |
|---|---|
| | 

https://simplisafe.com/video-doorbell-pro

In addition, the Video Doorbell Pro requires:

- A WiFi connection
  - The wireless router must be capable of broadcasting at 2.4GHz and with an active Internet connection to stream video. Most networks fulfill this requirement.
- An iOS or Android smartphone for setup
  - Once installed, the camera can be viewed through a web browser as well

https://support.simplisafe.com/hc/en-us/articles/360035706791-Requirements |

| U.S. Pat. No. 10,200,660 | Video Doorbell Pro |
|---|---|
| | **9**<br><br>**NOW IT'S TIME TO SETUP YOUR WIFI**<br><br>Open the SimpliSafe app on your mobile device and navigate to "set up my SimpliCam" to finish installing.<br><br>https://support.simplisafe.com/hc/en-us/articles/360029485732-Installation-Guide-for-Video-Doorbell-Pro<br><br>The Doorbell Pro can transmit real time video via Wi-Fi to the SimpliSafe app on the user's cell-phone. |

| U.S. Pat. No. 10,200,660 | Video Doorbell Pro |
|---|---|
| | Flawless Streaming<br><br>Ultra-clear video takes more than just HD. Doorbell Pro's secret sauce is its compression. Our engineers developed a "variable bitrate compression algorithm," which is a geeky way of saying that with Doorbell Pro you get crystal clear HD video that loads quickly and plays smooth.<br><br>https://simplisafe.com/video-doorbell-pro |

| U.S. Pat. No. 10,200,660 | Video Doorbell Pro |
|---|---|
| |  https://www.youtube.com/watch?v=KbdcIUjvtWM at 4:48 in video. |

| U.S. Pat. No. 10,200,660 | Video Doorbell Pro |
|---|---|
|  |  https://simplisafe.com/video-doorbell-pro |
| [9.4] wherein the exterior device is capable of wirelessly transmitting digital audio, | The Doorbell Pro is capable of wirelessly transmitting digital audio.<br><br>For example, digital audio is wirelessly transmitted from the Doorbell Pro to the SimpliSafe app. |

| U.S. Pat. No. 10,200,660 | Video Doorbell Pro |
|---|---|
| | # How to use the Video Doorbell's 2-Way Audio<br><br>**HOW TO USE**<br><br>Two-way audio works on all cameras in the SimpliSafe system.<br><br>- To speak, hold down the microphone button while viewing the livestream<br>- To listen, release the microphone button to hear audio from the camera<br>- **You will not be able to hear** the audio while holding down the microphone button<br><br>https://support.simplisafe.com/hc/en-us/articles/360029810471-How-to-use-the-Video-Doorbell-s-2-Way-Audio |

| U.S. Pat. No. 10,200,660 | Video Doorbell Pro |
|---|---|
| |  https://www.youtube.com/watch?v=KbdcIUjvtWM at 4:48 in video. |

| U.S. Pat. No. 10,200,660 | Video Doorbell Pro |
|---|---|
| [9.5] wherein the exterior device is capable of receiving the digital audio from a peripheral device after a person associated with the entrance has been detected, | The Doorbell Pro is capable of receiving the digital audio from a peripheral device after a person associated with the entrance has been detected.<br><br>After installation of the Doorbell Pro the user is instructed to download a software application, the SimpliSafe app, to the user's Apple iOS or Android cell phone.<br><br><br><br>https://simplisafe.com/video-doorbell-pro |

| U.S. Pat. No. 10,200,660 | Video Doorbell Pro |
|---|---|
| | In addition, the Video Doorbell Pro requires:<br><br>• A WiFi connection<br>   • The wireless router must be capable of broadcasting at 2.4GHz and with an active Internet connection to stream video. Most networks fulfill this requirement.<br>• An iOS or Android smartphone for setup<br>   • Once installed, the camera can be viewed through a web browser as well<br>https://support.simplisafe.com/hc/en-us/articles/360035706791-Requirements |

| U.S. Pat. No. 10,200,660 | Video Doorbell Pro |
|---|---|
| | **9**<br><br>**NOW IT'S TIME TO SETUP YOUR WIFI**<br><br>Open the SimpliSafe app on your mobile device and navigate to "set up my SimpliCam" to finish installing.<br><br>https://support.simplisafe.com/hc/en-us/articles/360029485732-Installation-Guide-for-Video-Doorbell-Pro<br><br>Using the SimpliSafe app, the user can transmit audio to the Doorbell Pro by depressing the microphone icon button on the app and speaking. |

| U.S. Pat. No. 10,200,660 | Video Doorbell Pro |
|---|---|
| | How to use the Video Doorbell's 2-Way Audio<br><br>**HOW TO USE**<br><br>Two-way audio works on all cameras in the SimpliSafe system.<br><br>- To speak, hold down the microphone button while viewing the livestream<br>- To listen, release the microphone button to hear audio from the camera<br>- **You will not be able to hear** the audio while holding down the microphone button<br><br>https://support.simplisafe.com/hc/en-us/articles/360029810471-How-to-use-the-Video-Doorbell-s-2-Way-Audio<br><br>The Doorbell Pro's motion detector can detect when a person has approached the entrance associated with the user. |

| U.S. Pat. No. 10,200,660 | Video Doorbell Pro |
| --- | --- |
| |  https://simplisafe.com/video-doorbell-pro |

| U.S. Pat. No. 10,200,660 | Video Doorbell Pro |
|---|---|
| | Detects people. Ignores distractions.<br><br>Unlike other doorbell cameras, Video Doorbell Pro uses two different sensors.[1] One sensor identifies the heat signature of people, another detects human form. You'll only get alerts for things that count.<br><br>✓ Thoughtful motion alerts<br>✓ Dual-sensor trigger<br>✓ Ignores motion from cars<br><br>https://simplisafe.com/video-doorbell-pro<br><br>After a person is detected at the entrance, the Doorbell Pro can transmit audio to enable 2-way audio communication via the Internet and Wi-Fi between the person at the entrance and the SimpliSafe app on the user's cell phone. |

| U.S. Pat. No. 10,200,660 | Video Doorbell Pro |
|---|---|
| | ## How to use the Video Doorbell's 2-Way Audio<br><br>**HOW TO USE**<br><br>Two-way audio works on all cameras in the SimpliSafe system.<br><br>- To speak, hold down the microphone button while viewing the livestream<br>- To listen, release the microphone button to hear audio from the camera<br>- **You will not be able to hear** the audio while holding down the microphone button<br><br>https://support.simplisafe.com/hc/en-us/articles/360029810471-How-to-use-the-Video-Doorbell-s-2-Way-Audio |

| U.S. Pat. No. 10,200,660 | Video Doorbell Pro |
|---|---|
| |  https://www.youtube.com/watch?v=KbdcIUjvtWM at 4:48 in video. |

| U.S. Pat. No. 10,200,660 | Video Doorbell Pro |
|---|---|
| [9.6] wherein the exterior device is capable of playing the digital audio received from the peripheral device through the speaker of the exterior device, | The Doorbell Pro device is capable of playing the digital audio received from the peripheral device through the speaker of the Doorbell Pro.<br><br>For example, the user engages in 2-way audio communication with the person at the entrance where the Doorbell Pro is located by holding down the microphone button icon that is displayed on the SimpliSafe app.<br><br>## How to use the Video Doorbell's 2-Way Audio<br><br>**HOW TO USE**<br><br>Two-way audio works on all cameras in the SimpliSafe system.<br><br>- To speak, hold down the microphone button while viewing the livestream<br>- To listen, release the microphone button to hear audio from the camera<br>- **You will not be able to hear** the audio while holding down the microphone button<br><br>https://support.simplisafe.com/hc/en-us/articles/360029810471-How-to-use-the-Video-Doorbell-s-2-Way-Audio |

| U.S. Pat. No. 10,200,660 | Video Doorbell Pro |
|---|---|
| | <br>https://www.youtube.com/watch?v=KbdcIUjvtWM at 4:48 in video.<br><br>The audio is played for the person at the entrance through a speaker on the Doorbell Pro. |

| U.S. Pat. No. 10,200,660 | Video Doorbell Pro |
|---|---|
| |  <br> **Meet Doorbell Pro** <br><br> 162° Field of View <br> Smart motion detection <br> 2-way Audio <br><br> SimpliSafe <br><br> **FEATURES** <br> HDR Imaging <br> 1080p HD <br> Infrared Night Vision <br> 2-way Audio <br> Motion Alerts <br> Pan and Zoom <br> 162° Wide Angle Field of View <br> Door Chime <br><br> **REQUIREMENTS** <br> Wifi connection <br> Existing doorbell setup <br><br> https://simplisafe.com/video-doorbell-pro |
| [9.7] wherein the exterior device is capable of operating in at least one low light condition, | The Doorbell Pro is capable of operating in at least one low light conditions. <br><br> For example, the Doorbell Pro is capable of emitting infrared light to maximize the visibility of the camera to allow system operation during low-light or nighttime. |

| U.S. Pat. No. 10,200,660 | Video Doorbell Pro |
|---|---|
| | Night Vision<br><br>During night time, the Video Doorbell Pro will emit infrared light to maximize the visibility in the picture.<br><br>Night vision can be adjusted in the settings. Learn more here.<br><br>https://support.simplisafe.com/hc/en-us/articles/360035333392-Night-Vision |
| [9.8] wherein the exterior device comprises an antenna for transmission of the digital streaming video, | The Doorbell Pro has an antenna for transmission of the digital streaming video.<br><br>For example, the Doorbell Pro has an antenna for transmitting digital streaming video via WiFi. |

| U.S. Pat. No. 10,200,660 | Video Doorbell Pro |
| --- | --- |
| | <br>https://simplisafe.com/video-doorbell-pro |

| U.S. Pat. No. 10,200,660 | Video Doorbell Pro |
|---|---|
| |  https://apps.fcc.gov/eas/GetApplicationAttachment.html?calledFromFrame=Y&id=4014404 |

| U.S. Pat. No. 10,200,660 | Video Doorbell Pro |
|---|---|
| |  https://apps.fcc.gov/eas/GetApplicationAttachment.html?calledFromFrame=Y&id=4014404 (AP6212 WI-FI/BT SIP MODULE) |

| U.S. Pat. No. 10,200,660 | Video Doorbell Pro |
|---|---|
| | **Flawless Streaming**<br><br>Ultra-clear video takes more than just HD. Doorbell Pro's secret sauce is its compression. Our engineers developed a "variable bitrate compression algorithm," which is a geeky way of saying that with Doorbell Pro you get crystal clear HD video that loads quickly and plays smooth.<br><br>https://simplisafe.com/video-doorbell-pro |

| U.S. Pat. No. 10,200,660 | Video Doorbell Pro |
|---|---|
| |  https://www.youtube.com/watch?v=KbdcIUjvtWM at 4:48 in video. |

| U.S. Pat. No. 10,200,660 | Video Doorbell Pro |
|---|---|
| [9.9] wherein the exterior device is capable of encrypting the digital streaming video or the digital audio during or before the transmission of the digital streaming video or the digital audio, | The Doorbell Pro is capable of encrypting the digital streaming video or the digital audio during or before the transmission of the digital streaming video or the digital audio.<br><br>**23. Is the SimpliSafe system secure?**<br><br>SimpliSafe uses end-to-end encoding, 256-bit encryption, and SSL security certification to keep your data safe. These industry-leading security measures are robust and designed to stop hackers from using home security data for malicious purposes.<br><br>https://www.security.org/home-security-systems/simplisafe/faqs/<br><br>• All communication between the base station, the app and our indoor and outdoor cameras -- whether it happens via Wi-Fi or via cellular signal -- is encrypted.<br><br>https://www.cnet.com/news/home-security-systems-video-doorbells-user-privacy-data-security-abode-adt-comcast-nest-ring-simplisafe/ |
| [9.10] wherein the exterior device is capable of receiving a request to change a sensitivity of the motion detector, and | The Doorbell Pro is capable of receiving a request to change a sensitivity of the motion detector.<br><br>The SimpliSafe app allows the user to adjust the sensitivity of the proximity sensor to low, medium, or high. |

| U.S. Pat. No. 10,200,660 | Video Doorbell Pro |
|---|---|
| | <br>[https://www.youtube.com/watch?v=KbdcIUjvtWM](https://www.youtube.com/watch?v=KbdcIUjvtWM) at 6:18 of video. |

| U.S. Pat. No. 10,200,660 | Video Doorbell Pro | | | |
|---|---|---|---|---|

| Setting | Explanation | Setting Options | Default Value |
|---|---|---|---|
| *Motion Detection*: Motion Events | Allows you to turn Motion Detection on or off. | On Off | On |
| *Motion Detection*: Motion Notification | Determines whether you will receive push notifications for motion events for your smartphone. | Off On | On |
| *Motion Detection*: Sensitivity (DAY) | Determines the sensitivity of detecting general movements during the day. This affects both notifications and automatic recordings. | Low Medium High | Medium |
| *Motion Detection*: Sensitivity (NIGHT) | Determines the sensitivity of detecting general movements during at night. This affects both notifications and automatic recordings. | Low Medium High | Medium |
| *Motion Detection*: Motion Type | Allows you to determine whether to focus on the movement of people or all types of movement. | People Only All Motion | People Only |

https://support.simplisafe.com/hc/en-us/articles/360029808731-How-do-I-change-my-doorbell-s-settings-

| U.S. Pat. No. 10,200,660 | Video Doorbell Pro |
|---|---|
| [9.11] wherein the exterior device is capable of modifying the sensitivity of the motion detector upon receiving a request to do so. | The Doorbell Pro is capable of modifying the sensitivity of the motion detector upon receiving a request to do so.<br><br>The SimpliSafe app allows the user to adjust the sensitivity of the proximity sensor to low, medium, or high. |

| U.S. Pat. No. 10,200,660 | Video Doorbell Pro |
|---|---|
| |  https://www.youtube.com/watch?v=KbdcIUjvtWM at 6:18 of video. |

| U.S. Pat. No. 10,200,660 | Video Doorbell Pro |
|---|---|
| | |

| Setting | Explanation | Setting Options | Default Value |
|---|---|---|---|
| *Motion Detection*: Motion Events | Allows you to turn Motion Detection on or off. | On Off | On |
| *Motion Detection*: Motion Notification | Determines whether you will receive push notifications for motion events for your smartphone. | Off On | On |
| *Motion Detection*: Sensitivity (DAY) | Determines the sensitivity of detecting general movements during the day. This affects both notifications and automatic recordings. | Low Medium High | Medium |
| *Motion Detection*: Sensitivity (NIGHT) | Determines the sensitivity of detecting general movements during at night. This affects both notifications and automatic recordings. | Low Medium High | Medium |
| *Motion Detection*: Motion Type | Allows you to determine whether to focus on the movement of people or all types of movement. | People Only All Motion | People Only |

https://support.simplisafe.com/hc/en-us/articles/360029808731-How-do-I-change-my-doorbell-s-settings-