# EXHIBIT I

**Claim Chart for U.S. Patent No. 10,200,660**
**COMMUNICATION AND MONITORING SYSTEM**

**Claims 13, 14, 16, 18**

The SimpliSafe SimpliCam Camera and all other similar devices provided by SimpliSafe (collectively, the "SimpliCam") infringes at least the claims charted below of United States Patent No. 10,200,660 (the "'660 Patent"), entitled "Communication and Monitoring System," under 35 U.S.C. § 271(a), either literally or under the doctrine of equivalents. In addition, SimpliSafe indirectly infringes the '660 Patent under sections 271(b) and/or 271(c) by instructing, directing, and/or enabling others, including its customers, purchasers, users and developers, alone, or in combination to use the SimpliCam and/or perform all or some of the steps recited in the claims of the '660 patent, either literally or under the doctrine of equivalents, and by providing a material or apparatus for use in a patented process, when such material or apparatus is especially adapted for use in the infringement of the '660 patent, and is not a staple article or commodity of commerce suitable for substantial non-infringing use.

| U.S. Pat. No. 10,200,660 | SimpliCam |
|---|---|
| [13.1] A method for using a detection and viewing system comprising: | To the extent the preamble is limiting, Respondent performs a method for using a detection and viewing system. |

| U.S. Pat. No. 10,200,660 | SimpliCam |
|---|---|
| |  https://simplisafe.com/home-security-shop |

| U.S. Pat. No. 10,200,660 | SimpliCam |
|---|---|
| | <br><br>https://simplisafe.com/home-security-shop<br><br>To the extent the preamble of claim 9 is limiting, the SimpliCam is a detection and viewing system, with the method of claim 9 at least as explained below. |
| [13.2] wirelessly transmitting streaming video from an interior device upon detection of a person, wherein the interior device comprises a camera, a microphone, a speaker, a transceiver, and a motion sensor; | The SimpliCam can wirelessly transmit streaming video upon detection of a person and has a camera, a microphone, a speaker, a transceiver, and a motion sensor.<br><br>The SimpliCam has a has a camera, a microphone, a speaker, a transceiver, and a motion sensor. |

| U.S. Pat. No. 10,200,660 | SimpliCam |
|---|---|
| |  https://simplisafe.com/simplicam-security-camera<br><br>Upon the detection of a person, the SimpliCam can wirelessly transmit streaming video. |

| U.S. Pat. No. 10,200,660 | SimpliCam |
| --- | --- |
| |  https://simplisafe.com/simplicam-security-camera |

| U.S. Pat. No. 10,200,660 | SimpliCam |
|---|---|
| | **Alerts You to Trouble**<br><br>SimpliCam alerts you for free the instant it detects motion so you can see what's happening and take action.<br><br>**Smart Motion Detection**<br><br>Intelligent sensors are calibrated to detect the unique heat signature of humans.<br><br>https://simplisafe.com/simplicam-security-camera<br><br>**Flawless Streaming**<br><br>What good is HD video if it's choppy, grainy and slow? Here's a secret. To get crystal clear video, you need more than HD resolution. SimpliCam's secret sauce is its compression. Our engineers developed a "variable bitrate compression algorithm," which is a geeky way of saying that with SimpliCam you get crystal clear HD video that loads quickly and plays smooth.<br><br>https://simplisafe.com/simplicam-security-camera |

| U.S. Pat. No. 10,200,660 | SimpliCam |
|---|---|
| |  https://simplisafe.com/simplicam-security-camera |
| [13.3] transmitting digital audio using the interior device; | The SimpliCam can transmit digital audio. |

| U.S. Pat. No. 10,200,660 | SimpliCam |
|---|---|
| |  https://simplisafe.com/simplicam-security-camera |

| U.S. Pat. No. 10,200,660 | SimpliCam |
|---|---|
| | How do I use 2-way audio on the cameras?<br><br>**HOW TO USE**<br><br>Two-way audio works on all cameras in the SimpliSafe system.<br><br>• To speak, hold down the microphone button while viewing the livestream.<br>• To listen, release the microphone button to hear audio from the camera.<br>• **You will not be able to hear** the audio while holding down the microphone button.<br><br>https://support.simplisafe.com/hc/en-us/articles/360037542311-How-do-I-use-2-way-audio-on-the-cameras- |
| [13.4] receiving audio at the interior device that was captured by a peripheral device, which is a cell phone, after the person has been detected by the interior device; | The SimpliCam can receive audio that was captured on a user's cell phone using the SimpliSafe app.<br><br>The SimpliCam has a microphone and speaker to enable 2-way communication with a user utilizing the SimpliSafe app on the user's cell phone. |

| U.S. Pat. No. 10,200,660 | SimpliCam |
|---|---|
| |   https://simplisafe.com/simplicam-security-camera |

| U.S. Pat. No. 10,200,660 | SimpliCam |
|---|---|
| | **LIVE VIDEO TO KEEP TABS ON YOUR HOME**<br><br>You can view live video at any time, including during alarms. While viewing the live feed, you can use your SimpliCam's 2-way audio feature to both speak through the camera and listen to sound transmitted through it.<br><br>SimpliCam also supports video verification. This optional setting enables our monitoring center to view your cameras during an alarm, helping them ensure your safety and dispatch the authorities quickly if necessary.<br><br>https://support.simplisafe.com/hc/en-us/articles/360029595492-How-can-I-use-the-SimpliCam-and-how-does-it-work-<br><br>How do I use 2-way audio on the cameras?<br><br>**HOW TO USE**<br><br>Two-way audio works on all cameras in the SimpliSafe system.<br><br>• To speak, hold down the microphone button while viewing the livestream.<br>• To listen, release the microphone button to hear audio from the camera.<br>• **You will not be able to hear** the audio while holding down the microphone button.<br><br>https://support.simplisafe.com/hc/en-us/articles/360037542311-How-do-I-use-2-way-audio-on-the-cameras- |

| U.S. Pat. No. 10,200,660 | SimpliCam |
|---|---|
| | <br><br>https://www.gensecurity.com/blog/security-camera-apps-a-guide-to-popular-professional-diy-solutions<br><br>The SimpliCam can enable 2-way communication after the detecting motion. |

| U.S. Pat. No. 10,200,660 | SimpliCam |
|---|---|
| | **WATCHFUL WHEN YOU NEED IT, PRIVACY WHEN YOU DON'T**<br><br>Your **SimpliCam** security camera comes equipped with a built-in **privacy shutter** to give you absolute control over your camera—and your privacy. Whenever the privacy shutter is open, the camera's **motion sensor** will send notifications to your phone if it detects motion.<br><br>https://support.simplisafe.com/hc/en-us/articles/360029595492-How-can-I-use-the-SimpliCam-and-how-does-it-work- |
| [13.5] displaying an icon and the streaming video at the same time on the peripheral device; | The SimpliSafe app displays an icon and the streaming video at the same time on a user's cell phone.<br><br>For example, the SimpliSafe app will display microphone and record icons when displaying streaming video from the SimpliCam.<br><br><br><br>https://simplisafe.com/video-doorbell-pro |

| U.S. Pat. No. 10,200,660 | SimpliCam |
|---|---|
| | How do I use 2-way audio on the cameras?<br><br>**HOW TO USE**<br><br>Two-way audio works on all cameras in the SimpliSafe system.<br><br>• To speak, hold down the microphone button while viewing the livestream.<br>• To listen, release the microphone button to hear audio from the camera.<br>• **You will not be able to hear** the audio while holding down the microphone button.<br><br>https://support.simplisafe.com/hc/en-us/articles/360037542311-How-do-I-use-2-way-audio-on-the-cameras- |
| [13.6] storing the streaming video and digital audio in a database and associating the interior device with the stored streaming video and digital audio; | The SimpliCam stores the streaming video and digital audio on a database and associates the stored video and digital audio with a specific SimpliCam camera.<br><br>For example, stored recordings of video and digital audio are available on the SimpliSafe app. |

| U.S. Pat. No. 10,200,660 | SimpliCam |
|---|---|
| |  https://play.google.com/store/apps/details?id=com.simplisafe.mobile&hl=en_US |

| U.S. Pat. No. 10,200,660 | SimpliCam |
|---|---|
| | SimpliSafe offers subscription plans for storing recordings for 30 days.  Clips can also be downloaded.<br><br>SimpliCam Subscription:<br><br>With the $4.99/month subscription plan, your camera can do some pretty cool things, the most important being recording. You know that you can live view your camera at any time, but with a subscription your camera will also record 60 second clips anytime it detects motion. If something triggers the camera it will automatically record and send you a Push Notification that something is going on. This is particularly important if the camera is set off by an intruder, so that you can capture their face to show to the police.<br><br>You'll also be able to manually record for 60 seconds through the SimpliSafe app. If you see something happening on camera (whether it be an intruder or just your dog doing something awesome) you will be able to capture that clip with the push of a button. From there, recordings are stored in SimpliSafe Cloud Storage for 30 days. You can also download and share clips across devices as you like.<br><br>This subscription is available regardless of whether or not you have a SimpliSafe security system.<br><br>https://simplisafe.com/blog/simplicam-integration |
| [13.7] replicating at least a portion of the database on one or more computers; and | At least a portion of the database of stored video and digital audio is stored on one or more computers.<br><br>For example, stored recordings of video and digital audio are available on the SimpliSafe app. |

| U.S. Pat. No. 10,200,660 | SimpliCam |
|---|---|
| | <br>https://play.google.com/store/apps/details?id=com.simplisafe.mobile&hl=en_US |

| U.S. Pat. No. 10,200,660 | SimpliCam |
|---|---|
|  | SimpliSafe offers subscription plans for storing recordings for 30 days.  Clips can also be downloaded.<br><br>SimpliCam Subscription:<br><br>With the $4.99/month subscription plan, your camera can do some pretty cool things, the most important being recording. You know that you can live view your camera at any time, but with a subscription your camera will also record 60 second clips anytime it detects motion. If something triggers the camera it will automatically record and send you a Push Notification that something is going on. This is particularly important if the camera is set off by an intruder, so that you can capture their face to show to the police.<br><br>You'll also be able to manually record for 60 seconds through the SimpliSafe app. If you see something happening on camera (whether it be an intruder or just your dog doing something awesome) you will be able to capture that clip with the push of a button. From there, recordings are stored in SimpliSafe Cloud Storage for 30 days. You can also download and share clips across devices as you like.<br><br>This subscription is available regardless of whether or not you have a SimpliSafe security system.<br><br>https://simplisafe.com/blog/simplicam-integration<br><br>Complainants believe at least a portion of the video and digital audio recorded by the SimpliCam is stored in the cloud or on a server or other type of computer. Complainants will require additional discovery into the exact nature of the storage and reserves its right to amend these disclosures based on such discovery. |
| [13.8] providing a storage hierarchy for the streaming | There is a storage hierarchy for the streaming video and digital audio stored in the database. |

| U.S. Pat. No. 10,200,660 | SimpliCam |
|---|---|
| video and digital audio stored in the database. | For example, recordings of for the streaming video and digital audio are organized by date, time, and event.<br><br><br><br>https://play.google.com/store/apps/details?id=com.simplisafe.mobile&hl=en_US |

| U.S. Pat. No. 10,200,660 | SimpliCam |
|---|---|
| [14.1] The method of claim 13, further comprising:<br><br>[14.2] encrypting the streaming video and the digital audio, and | The Doorbell Pro can encrypt video and digital audio transmitted by the SimpliCam.<br><br>23. **Is the SimpliSafe system secure?**<br><br>SimpliSafe uses end-to-end encoding, 256-bit encryption, and SSL security certification to keep your data safe. These industry-leading security measures are robust and designed to stop hackers from using home security data for malicious purposes.<br><br>https://www.security.org/home-security-systems/simplisafe/faqs/<br><br>• All communication between the base station, the app and our indoor and outdoor cameras -- whether it happens via Wi-Fi or via cellular signal -- is encrypted.<br><br>https://www.cnet.com/news/home-security-systems-video-doorbells-user-privacy-data-security-abode-adt-comcast-nest-ring-simplisafe/ |

| U.S. Pat. No. 10,200,660 | SimpliCam |
|---|---|
| | <br><br>https://simplisafe.com/simplicam-security-camera |
| [14.3] receiving one or more instructions, at the interior device, to modify two or more control settings for operation of the camera, | The SimpliCam is able to receive one or more instructions to modify two or more control settings for operation of the camera.<br><br>For example, the SimpliSafe app allows the user to adjust the picture quality, night vision, motion detection and other options. |

# How do I change my camera's settings?

From the app's home screen, click the three horizontal lines on the top left to pull out the side menu.  Next, click "Cameras" to pull out the camera page and click the gear icon in the top-right corner of the screen. Select the camera whose settings you'd like to change (or change the setting for Video Verification before continuing on to your camera's settings).  From here you have access to the following options:

| Setting | Explanation | Setting Options | Default Value |
|---|---|---|---|
| Privacy Shutter (SimpliCam Only) | Determines when the privacy shutter* is open based on your security system's mode (Off, Home, or Away). | Home<br>• Open<br>• Closed<br>Away<br>• Open<br>• Closed<br>Off<br>• Open<br>• Closed | Home<br>• Closed<br>Away<br>• Open<br>Off<br>• Closed |
| Motion Detection: Motion Events** | Allows you to turn Motion Detection on or off. | On<br>Off | On |
| Motion Detection: Motion Notifications*** | Determines whether you will receive push notifications for motion events for your smartphone | Off<br>On | On |
| Motion Detection: Sensitivity | Determines the sensitivity of motion detection. This affects both notifications and automatic recordings | Low<br>Medium<br>High | Medium |
| Nightvision | Emits an infrared light to allow the camera to view at night. | On<br>Off<br>Auto | Auto |
| Mic & Audio | Determines if audio is recorded with camera video | On<br>Off | On |
| Picture Quality | Determines the picture quality.  Higher picture quality makes your video clearer, but uses more internet bandwidth. | 420p<br>720p<br>1080p | 720p |
| Status Light | LED light that indicates when the camera is recording. | On<br>Off | On |
| WiFi Network | Allows you to choose the WiFi network for your cameras. | N/A | N/A |

| U.S. Pat. No. 10,200,660 | SimpliCam |
|---|---|
| | https://support.simplisafe.com/hc/en-us/articles/360029440912-How-do-I-change-my-camera-s-settings- |
| [14.4] wherein the icon, when selected, allows a user to speak to the person. | A user can speak with a person by selecting an icon on the SimpliSafe app.<br><br>For example, a user can transmit audio through the SimpliSafe app by pressing the microphone icon when seeing live video from the SimpliCam.<br><br>**LIVE VIDEO TO KEEP TABS ON YOUR HOME**<br><br>You can view live video at any time, including during alarms. While viewing the live feed, you can use your SimpliCam's 2-way audio feature to both speak through the camera and listen to sound transmitted through it.<br><br>SimpliCam also supports video verification. This optional setting enables our monitoring center to view your cameras during an alarm, helping them ensure your safety and dispatch the authorities quickly if necessary.<br><br>https://support.simplisafe.com/hc/en-us/articles/360029595492-How-can-I-use-the-SimpliCam-and-how-does-it-work- |

| U.S. Pat. No. 10,200,660 | SimpliCam |
|---|---|
| | How do I use 2-way audio on the cameras?<br><br>**HOW TO USE**<br><br>Two-way audio works on all cameras in the SimpliSafe system.<br><br>- To speak, hold down the microphone button while viewing the livestream.<br>- To listen, release the microphone button to hear audio from the camera.<br>- **You will not be able to hear** the audio while holding down the microphone button.<br><br>https://support.simplisafe.com/hc/en-us/articles/360037542311-How-do-I-use-2-way-audio-on-the-cameras- |

| U.S. Pat. No. 10,200,660 | SimpliCam |
|---|---|
| |  https://www.gensecurity.com/blog/security-camera-apps-a-guide-to-popular-professional-diy-solutions |

| U.S. Pat. No. 10,200,660 | SimpliCam |
|---|---|
| [16.1] The method of claim 13, further comprising:<br><br>[16.2] providing a MAC address, via the interior device, upon receiving a request for the MAC address at the interior device, | The SimpliCam can provide a MAC address or IP address upon receiving a request for the address.<br><br>The SimpliCam communicates wirelessly via Wi-Fi.<br><br><br><br>https://simplisafe.com/simplicam-security-camera<br><br>Every networked Wi-Fi device must have a MAC address. Because the SimpliCam is capable of connecting to a Wi-Fi network it must have a MAC address. Further, networked Wi-Fi device |

| U.S. Pat. No. 10,200,660 | SimpliCam |
|---|---|
| | typically provide their MAC addresses during the Wi-Fi authentication process and in response to Address Resolution Protocol (ARP) requests which are a necessary part of resolving IP addresses to MAC addresses. Additionally, Complainants believe discovery may show that the SimpliCam provides its MAC address upon request from SimpliSafe's back-end system or upon request form the user via the ARP directly. |
| [16.3] receiving one or more instructions to modify two or more control settings for operation of the camera, and | The SimpliCam can receive one or more instructions to modify two or more control settings for operation of the SimpliCam camera.

For example, the SimpliSafe app allows the user to adjust the picture quality, night vision, motion detection and other options. |

# How do I change my camera's settings?

From the app's home screen, click the three horizontal lines on the top left to pull out the side menu.  Next, click "Cameras" to pull out the camera page and click the gear icon in the top-right corner of the screen. Select the camera whose settings you'd like to change (or change the setting for Video Verification before continuing on to your camera's settings).  From here you have access to the following options:

| Setting | Explanation | Setting Options | Default Value |
|---|---|---|---|
| Privacy Shutter (SimpliCam Only) | Determines when the privacy shutter* is open based on your security system's mode (Off, Home, or Away). | Home<br>• Open<br>• Closed<br>Away<br>• Open<br>• Closed<br>Off<br>• Open<br>• Closed | Home<br>• Closed<br>Away<br>• Open<br>Off<br>• Closed |
| Motion Detection: Motion Events** | Allows you to turn Motion Detection on or off. | On<br>Off | On |
| Motion Detection: Motion Notifications*** | Determines whether you will receive push notifications for motion events for your smartphone | Off<br>On | On |
| Motion Detection: Sensitivity | Determines the sensitivity of motion detection. This affects both notifications and automatic recordings | Low<br>Medium<br>High | Medium |
| Nightvision | Emits an infrared light to allow the camera to view at night. | On<br>Off<br>Auto | Auto |
| Mic & Audio | Determines if audio is recorded with camera video | On<br>Off | On |
| Picture Quality | Determines the picture quality.  Higher picture quality makes your video clearer, but uses more internet bandwidth. | 420p<br>720p<br>1080p | 720p |
| Status Light | LED light that indicates when the camera is recording. | On<br>Off | On |
| WiFi Network | Allows you to choose the WiFi network for your cameras. | N/A | N/A |

| U.S. Pat. No. 10,200,660 | SimpliCam |
|---|---|
| | https://support.simplisafe.com/hc/en-us/articles/360029440912-How-do-I-change-my-camera-s-settings- |
| [16.4] receiving an instruction to modify a sensitivity of the motion sensor. | The SimpliCam can receive an instruction to modify a sensitivity of the motion sensor.<br><br>For example, a user can modify the sensitivity of the motion detector on the SimpliSafe app.<br><br><table><tr><td>*Motion Detection:* Sensitivity</td><td>Determines the sensitivity of motion detection. This affects both notifications and automatic recordings</td><td>Low Medium High</td><td>Medium</td></tr></table><br>https://support.simplisafe.com/hc/en-us/articles/360029440912-How-do-I-change-my-camera-s-settings- |
| [18.1] The method of claim 13, further comprising:<br><br>[18.2] storing the streaming video and digital audio in memory that is part of the interior device. | The SimpliCam stores streaming video and digital audio in memory that is part of the SimpliCam.<br><br>The SimpliCam records and transmits video and digital audio. |

| U.S. Pat. No. 10,200,660 | SimpliCam |
|---|---|
| | <br>https://simplisafe.com/simplicam-security-camera |

| U.S. Pat. No. 10,200,660 | SimpliCam |
|---|---|
| | 
https://simplisafe.com/simplicam-security-camera

At a minimum, the SimpliCam must store the streaming video and digital audio in memory in order to packetize and then transmit the streaming video and digital audio. Further, Complainants believe discovery will show that the SimpliCam stores this video and audio in memory for additional processing and/or to achieve local long-term storage. |