# EXHIBIT J

**Claim Chart for U.S. Patent No. 10,097,796**
**COMMUNICATION AND MONITORING SYSTEM**

**Claims 3 and 7**

The SimpliSafe Video Doorbell Pro and all other similar devices provided by SimpliSafe (collectively, the "Doorbell Pro") infringes at least the claims charted below of United States Patent No. 10,097,796 (the "'796 Patent"), entitled "Communication and Monitoring System," under 35 U.S.C. § 271(a), either literally or under the doctrine of equivalents. In addition, SimpliSafe indirectly infringes the '796 Patent under sections 271(b) and/or 271(c) by instructing, directing, and/or enabling others, including its customers, purchasers, users and developers, alone, or in combination to use the SimpliSafe Doorbell Pro and/or perform all or some of the steps recited in the claims of the '796 patent, either literally or under the doctrine of equivalents, and by providing a material or apparatus for use in a patented process, when such material or apparatus is especially adapted for use in the infringement of the '796 patent, and is not a staple article or commodity of commerce suitable for substantial non-infringing use.

| U.S. Pat. No. 10,097,796 | Video Doorbell Pro |
|---|---|
| [3.1]  A system for receiving a person at an entrance comprising: | To the extent the preamble is limiting, the Doorbell Pro is a system for receiving a person at an entrance. |

| U.S. Pat. No. 10,097,796 | Video Doorbell Pro |
|---|---|
| |  https://simplisafe.com/video-doorbell-pro |

| U.S. Pat. No. 10,097,796 | Video Doorbell Pro |
|---|---|
| | <br><br>https://simplisafe.com/video-doorbell-pro<br><br>https://simplisafe.com/video-doorbell-pro<br><br>To the extent the preamble of claim 3 is limiting, the Doorbell Pro provides a system for receiving a person at an entrance. |

| U.S. Pat. No. 10,097,796 | Video Doorbell Pro |
|---|---|
| [3.2] a software application that provides a graphical user interface to a remote peripheral device, which is a cell phone; and | The Doorbell Pro has a software application that provides a graphical user interface to a remote peripheral device, which is a cell phone.<br><br>After installation of the Doorbell Pro's exterior module, or video doorbell device, the user is instructed to download a software application, the SimpliSafe app, to the user's Apple iOS or Android cell phone.<br><br><br><br>https://simplisafe.com/video-doorbell-pro |

| U.S. Pat. No. 10,097,796 | Video Doorbell Pro |
|---|---|
| | In addition, the Video Doorbell Pro requires:<br><br>• A WiFi connection<br>  • The wireless router must be capable of broadcasting at 2.4GHz and with an active Internet connection to stream video. Most networks fulfill this requirement.<br>• An iOS or Android smartphone for setup<br>  • Once installed, the camera can be viewed through a web browser as well<br><br>https://support.simplisafe.com/hc/en-us/articles/360035706791-Requirements |

| U.S. Pat. No. 10,097,796 | Video Doorbell Pro |
|---|---|
| | **9**<br><br>**NOW IT'S TIME TO SETUP YOUR WIFI**<br><br>Open the SimpliSafe app on your mobile device and navigate to "set up my SimpliCam" to finish installing.<br><br>https://support.simplisafe.com/hc/en-us/articles/360029485732-Installation-Guide-for-Video-Doorbell-Pro |

| U.S. Pat. No. 10,097,796 | Video Doorbell Pro |
|---|---|
| | <br>https://simplisafe.com/video-doorbell-pro |
| [3.3] an exterior module comprising: (i) a video camera that captures video of the person at the entrance; (ii) a proximity sensor for detecting the person at the entrance; (iii) a microphone that receives audio from the person at the entrance; (iv) an RF transmitter that transmits, to the software application, digital streaming video that a user of the remote | The Doorbell Pro has an exterior module, which is a video doorbell device, that is placed or mounted next to an entrance.<br><br>The Doorbell Pro has a video camera that captures video of the person at the entrance. |

| U.S. Pat. No. 10,097,796 | Video Doorbell Pro |
|---|---|
| peripheral device may view in real time; (v) an RF receiver that receives audio from the peripheral device; and (vi) a speaker that outputs the audio received by the RF receiver, | <br>https://simplisafe.com/video-doorbell-pro |

| U.S. Pat. No. 10,097,796 | Video Doorbell Pro |
|---|---|
| |  https://apps.fcc.gov/eas/GetApplicationAttachment.html?calledFromFrame=Y&id=4014404 |

| U.S. Pat. No. 10,097,796 | Video Doorbell Pro |
|---|---|
| | https://apps.fcc.gov/eas/GetApplicationAttachment.html?calledFromFrame=Y&id=4014404<br>(AP6212 WI-FI/BT SIP MODULE) |

| U.S. Pat. No. 10,097,796 | Video Doorbell Pro |
|---|---|
| |  https://simplisafe.com/video-doorbell-pro <br><br> The Doorbell Pro has a proximity or motion sensor for detecting the person at the entrance. For example, the Doorbell Pro detects a person at the entrance based on proximity or "smart motion detection" sensors that also detect the heat signature of people and the human form. |

| U.S. Pat. No. 10,097,796 | Video Doorbell Pro |
|---|---|
| | Detects people. Ignores distractions. <br><br> Unlike other doorbell cameras, Video Doorbell Pro uses two different sensors.[1] One sensor identifies the heat signature of people, another detects human form. You'll only get alerts for things that count. <br><br> ✓ Thoughtful motion alerts <br> ✓ Dual-sensor trigger <br> ✓ Ignores motion from cars <br><br> https://simplisafe.com/video-doorbell-pro <br><br> The Doorbell Pro has a microphone that receives audio from the person at the entrance. |

| U.S. Pat. No. 10,097,796 | Video Doorbell Pro |
|---|---|
| | <br><br>https://simplisafe.com/video-doorbell-pro<br><br>The Doorbell Pro has an RF transmitter that transmits, to the SimpliSafe app, digital streaming video that a user of the remote peripheral device may view in real time. For example, the Doorbell Pro requires a Wi-Fi connection to operate. |

| U.S. Pat. No. 10,097,796 | Video Doorbell Pro |
|---|---|
| | <br><br>https://apps.fcc.gov/eas/GetApplicationAttachment.html?calledFromFrame=Y&id=4014404 |

| U.S. Pat. No. 10,097,796 | Video Doorbell Pro |
|---|---|
|  | <br>https://apps.fcc.gov/eas/GetApplicationAttachment.html?calledFromFrame=Y&id=4014404<br>(AP6212 WI-FI/BT SIP MODULE) |

| U.S. Pat. No. 10,097,796 | Video Doorbell Pro |
|---|---|
| |  https://simplisafe.com/video-doorbell-pro<br><br>In addition, the Video Doorbell Pro requires:<br><br>• A WiFi connection<br>   • The wireless router must be capable of broadcasting at 2.4GHz and with an active Internet connection to stream video. Most networks fulfill this requirement.<br>• An iOS or Android smartphone for setup<br>   • Once installed, the camera can be viewed through a web browser as well<br>https://support.simplisafe.com/hc/en-us/articles/360035706791-Requirements |

| U.S. Pat. No. 10,097,796 | Video Doorbell Pro |
|---|---|
| | **9**<br><br>**NOW IT'S TIME TO SETUP YOUR WIFI**<br><br>Open the SimpliSafe app on your mobile device and navigate to "set up my SimpliCam" to finish installing.<br><br>https://support.simplisafe.com/hc/en-us/articles/360029485732-Installation-Guide-for-Video-Doorbell-Pro<br><br>Once the Doorbell Pro is connected, the RF transmitter can transmit real time video via Wi-Fi to the SimpliSafe app on the user's cell-phone. |

| U.S. Pat. No. 10,097,796 | Video Doorbell Pro |
|---|---|
| |  https://apps.fcc.gov/eas/GetApplicationAttachment.html?calledFromFrame=Y&id=4014404 |

| U.S. Pat. No. 10,097,796 | Video Doorbell Pro |
|---|---|
|  | <br><br>https://apps.fcc.gov/eas/GetApplicationAttachment.html?calledFromFrame=Y&id=4014404<br>(AP6212 WI-FI/BT SIP MODULE) |

| U.S. Pat. No. 10,097,796 | Video Doorbell Pro |
|---|---|
| | <br><br>Flawless Streaming<br><br>Ultra-clear video takes more than just HD. Doorbell Pro's secret sauce is its compression. Our engineers developed a "variable bitrate compression algorithm," which is a geeky way of saying that with Doorbell Pro you get crystal clear HD video that loads quickly and plays smooth.<br><br>https://simplisafe.com/video-doorbell-pro<br><br><br><br>https://simplisafe.com/video-doorbell-pro |

| U.S. Pat. No. 10,097,796 | Video Doorbell Pro |
|---|---|
| |  https://www.youtube.com/watch?v=KbdcIUjvtWM at 4:52 in video.<br><br>The Doorbell Pro has an RF receiver that receives audio from the peripheral device. For example, the RF Receiver in the Doorbell Pro can receive audio communication from a user via the SimpliSafe app on the user's cell phone. |

| U.S. Pat. No. 10,097,796 | Video Doorbell Pro |
|---|---|
| |  |

Inside the table cell content:

## How to use the Video Doorbell's 2-Way Audio

**HOW TO USE**

Two-way audio works on all cameras in the SimpliSafe system.

- To speak, hold down the microphone button while viewing the livestream
- To listen, release the microphone button to hear audio from the camera
- **You will not be able to hear** the audio while holding down the microphone button

https://support.simplisafe.com/hc/en-us/articles/360029810471-How-to-use-the-Video-Doorbell-s-2-Way-Audio

The Doorbell Pro has a speaker that outputs the audio received by the RF receiver.



Meet Doorbell Pro

162° Field of View
Smart motion detection
2-way Audio

SimpliSafe

**FEATURES**
HDR Imaging
1080p HD
Infrared Night Vision
2-way Audio
Motion Alerts
Pan and Zoom
162° Wide Angle Field of View
Door Chime

**REQUIREMENTS**
Wifi connection
Existing doorbell setup

| U.S. Pat. No. 10,097,796 | Video Doorbell Pro |
|---|---|
| | https://simplisafe.com/video-doorbell-pro |
| [3.4] wherein the exterior device is capable of operating in a low-light condition, and | The Doorbell Pro's exterior video doorbell device is capable of operating in a low-light condition.<br><br>For example, the Doorbell Pro will emit infrared light to maximize the visibility of the camera to allow system operation during low-light or nighttime.<br><br>Night Vision<br><br>During night time, the Video Doorbell Pro will emit infrared light to maximize the visibility in the picture.<br><br>Night vision can be adjusted in the settings. Learn more here.<br><br>https://support.simplisafe.com/hc/en-us/articles/360035333392-Night-Vision |
| [3.5] wherein the software application is capable of: (i) displaying streaming video; (ii) playing audio captured by the exterior device; (iii) receiving audio to be sent to the exterior device; (iv) receiving a message that the person has been detected at the entrance; and (v) displaying a notification that the person has been detected at the entrance, | The Doorbell Pro system includes a software application.  Indeed, downloading the SimpliSafe app is required for installation, connection, and utilization of the system. |

| U.S. Pat. No. 10,097,796 | Video Doorbell Pro |
|---|---|
| | 

https://simplisafe.com/video-doorbell-pro

In addition, the Video Doorbell Pro requires:

- A WiFi connection
  - The wireless router must be capable of broadcasting at 2.4GHz and with an active Internet connection to stream video. Most networks fulfill this requirement.
- An iOS or Android smartphone for setup
  - Once installed, the camera can be viewed through a web browser as well

https://support.simplisafe.com/hc/en-us/articles/360035706791-Requirements |

| U.S. Pat. No. 10,097,796 | Video Doorbell Pro |
|---|---|
| | **9**<br><br>**NOW IT'S TIME TO SETUP YOUR WIFI**<br><br>Open the SimpliSafe app on your mobile device and navigate to "set up my SimpliCam" to finish installing.<br><br>https://support.simplisafe.com/hc/en-us/articles/360029485732-Installation-Guide-for-Video-Doorbell-Pro |

| U.S. Pat. No. 10,097,796 | Video Doorbell Pro |
| --- | --- |
| | <br><br>https://play.google.com/store/apps/details?id=com.simplisafe.mobile&hl=en_US<br><br>The SimpliSafe app enables the display of streaming video. |

| U.S. Pat. No. 10,097,796 | Video Doorbell Pro |
|---|---|
| | ## Flawless Streaming<br><br>Ultra-clear video takes more than just HD. Doorbell Pro's secret sauce is its compression. Our engineers developed a "variable bitrate compression algorithm," which is a geeky way of saying that with Doorbell Pro you get crystal clear HD video that loads quickly and plays smooth.<br><br>https://simplisafe.com/video-doorbell-pro<br><br>https://simplisafe.com/video-doorbell-pro |

| U.S. Pat. No. 10,097,796 | Video Doorbell Pro |
|---|---|
| |  https://www.youtube.com/watch?v=KbdcIUjvtWM at 4:48 in video. |

| U.S. Pat. No. 10,097,796 | Video Doorbell Pro |
|---|---|
| | The SimpliSafe app can play audio captured by the Doorbell Pro. The SimpliSafe app can also receive audio to be sent to the Doorbell Pro.  For example, the user utilizes the SimpliSafe app in order to engage in 2-way audio communication with the person at the entrance where the Doorbell Pro is located.<br><br>How to use the Video Doorbell's 2-Way Audio<br><br>**HOW TO USE**<br><br>Two-way audio works on all cameras in the SimpliSafe system.<br><br>• To speak, hold down the microphone button while viewing the livestream<br>• To listen, release the microphone button to hear audio from the camera<br>• **You will not be able to hear** the audio while holding down the microphone button<br><br>https://support.simplisafe.com/hc/en-us/articles/360029810471-How-to-use-the-Video-Doorbell-s-2-Way-Audio |

| U.S. Pat. No. 10,097,796 | Video Doorbell Pro |
| --- | --- |
| |  https://www.youtube.com/watch?v=KbdcIUjvtWM at 4:48 in video. |

| U.S. Pat. No. 10,097,796 | Video Doorbell Pro |
|---|---|
| (iv) receiving a message that the person has been detected at the entrance; and | The SimpliSafe app can receive a message the person has been detected at the entrance.<br><br>Doorbell Notifications<br><br>Video Doorbell Pro will issue notifications to you when someone presses the doorbell button and when the camera detects motion.<br><br>You can change the notification settings for both detected motion and a doorbell button press. Learn more here.<br><br>https://support.simplisafe.com/hc/en-us/articles/360035333172-Doorbell-Notifications |

| U.S. Pat. No. 10,097,796 | Video Doorbell Pro |
|---|---|
| |  https://www.youtube.com/watch?v=KbdcIUjvtWM at 6:18 of video. |

| U.S. Pat. No. 10,097,796 | Video Doorbell Pro |
|---|---|
| | The SimpliSafe app can display a notification that the person has been detected at the entrance. When a person is detected at the entrance by the Doorbell Pro, either by the proximity sensor or the primary doorbell button, the Doorbell Pro can transmit a message notifying the detection to the user's SimpliSafe app.<br><br><br><br>https://simplisafe.com/video-doorbell-pro<br><br>In addition, the SimpliSafe app can display a notification that the person has been detected at the entrance by listing past detection activity at the entrance. |

| U.S. Pat. No. 10,097,796 | Video Doorbell Pro |
|---|---|
| | <br>https://www.youtube.com/watch?v=KbdcIUjvtWM at 5:40 of the video. |

| U.S. Pat. No. 10,097,796 | Video Doorbell Pro |
|---|---|
| [3.6] wherein the graphical user interface displays one or more icons when the person is detected by the exterior device; and | The SimpliSafe app has a graphical user interface that displays one or more icons when a person is detected by the exterior device.<br><br>When a person is detected, live video of the entrance will be sent by the Doorbell Pro to the SimpliSafe app.  The graphical interface of the SimpliSafe app includes various icons, including a record button to record video and a microphone button to engage in 2-way audio communication with the person at the entrance. |

| U.S. Pat. No. 10,097,796 | Video Doorbell Pro |
|---|---|
| |  https://www.youtube.com/watch?v=KbdcIUjvtWM at 4:48 in video. |

| U.S. Pat. No. 10,097,796 | Video Doorbell Pro |
|---|---|
| | <br>https://simplisafe.com/video-doorbell-pro |
| [3.7] wherein the video transmitted by the exterior device is encrypted. | Video transmitted by the Doorbell Pro is encrypted. All communications between the Doorbell Pro's exterior video doorbell device and the SimpliSafe app are encrypted.<br><br>23. **Is the SimpliSafe system secure?**<br><br>SimpliSafe uses end-to-end encoding, 256-bit encryption, and SSL security certification to keep your data safe. These industry-leading security measures are robust and designed to stop hackers from using home security data for malicious purposes.<br><br>https://www.security.org/home-security-systems/simplisafe/faqs/<br><br>• All communication between the base station, the app and our indoor and outdoor cameras -- whether it happens via Wi-Fi or via cellular signal -- is encrypted. |

| U.S. Pat. No. 10,097,796 | Video Doorbell Pro |
|---|---|
| | https://www.cnet.com/news/home-security-systems-video-doorbells-user-privacy-data-security-abode-adt-comcast-nest-ring-simplisafe/ |
| [7]  The system of claim 3, wherein the exterior module is capable of adjusting the brightness level of the camera. | The Doorbell Pro is capable of adjusting the brightness level of the camera.<br><br>Complainants believe that the brightness level is capable of being adjusted internally by the camera itself, by the SimpliSafe app, by the SimpliSafe web browser, or by some other external instruction. Complainants will require additional discovery into the exact nature of the camera's brightness levels and reserves its right to amend these disclosures based on such discovery.<br><br>For example, Complainants believe the brightness level of the camera is capable of adjustment through the adjustment or change of things such as the camera's aperture , shutter time, exposure time, or frame rate.<br><br>In addition, a user can also adjust the brightness of the camera's video quality by turning the night vision on or off in low light situations.<br><br><table><tr><td>Nightvision</td><td>Emits an infrared light to allow the camera to view at night.</td><td>On<br>Off<br>Auto</td><td>Auto</td></tr></table><br>https://support.simplisafe.com/hc/en-us/articles/360029808731-How-do-I-change-my-doorbell-s-settings- |

| U.S. Pat. No. 10,097,796 | Video Doorbell Pro |
|---|---|
| | ## Night Vision<br><br>During night time, the Video Doorbell Pro will emit infrared light to maximize the visibility in the picture.<br><br>Night vision can be adjusted in the settings. Learn more here.<br><br>https://support.simplisafe.com/hc/en-us/articles/360035333392-Night-Vision |