# EXHIBIT K

**Claim Chart for U.S. Patent No. 10,097,797**
**COMMUNICATION AND MONITORING SYSTEM**

**Claims 6, 8, and 9**

The SimpliSafe Video Doorbell Pro and all other similar devices provided by SimpliSafe (collectively, the "Doorbell Pro") infringes at least the claims charted below of United States Patent No. 10,097,797 (the "'797 Patent"), entitled "Communication and Monitoring System," under 35 U.S.C. § 271(a), either literally or under the doctrine of equivalents. In addition, SimpliSafe indirectly infringes the '797 Patent under sections 271(b) and/or 271(c) by instructing, directing, and/or enabling others, including its customers, purchasers, users and developers, alone, or in combination to use the SimpliSafe Doorbell Pro and/or perform all or some of the steps recited in the claims of the '797 patent, either literally or under the doctrine of equivalents, and by providing a material or apparatus for use in a patented process, when such material or apparatus is especially adapted for use in the infringement of the '797 patent, and is not a staple article or commodity of commerce suitable for substantial non-infringing use.

| U.S. Pat. No. 10,097,797 | Video Doorbell Pro |
|---|---|
| [6.1] A detection and viewing system associated with an entrance comprising: | To the extent the preamble is limiting, the Doorbell Pro is a detection and viewing system associated with an entrance. |

| U.S. Pat. No. 10,097,797 | Video Doorbell Pro |
|---|---|
| |  https://simplisafe.com/video-doorbell-pro |

| U.S. Pat. No. 10,097,797 | Video Doorbell Pro |
|---|---|
| | <br>https://simplisafe.com/video-doorbell-pro |

| U.S. Pat. No. 10,097,797 | Video Doorbell Pro |
|---|---|
| | <br>https://simplisafe.com/video-doorbell-pro<br><br>https://simplisafe.com/video-doorbell-pro<br><br>To the extent the preamble of claim 6 is limiting, the Doorbell Pro is a detection and viewing system associated with an entrance.. |

| U.S. Pat. No. 10,097,797 | Video Doorbell Pro |
|---|---|
| [6.2] an exterior device comprising: a camera; a microphone; a speaker; a motion detector; and a keypad having one or more buttons, | The Doorbell Pro has an exterior device, or video doorbell device, that is placed or mounted on the exterior of an entrance.<br><br>The Doorbell Pro is a device that is placed or mounted close to the exterior of an entrance.<br><br><br><br>https://simplisafe.com/video-doorbell-pro<br><br>The Doorbell Pro has a camera; a microphone; a speaker; a motion detector; and a keypad having one or more buttons. |

| U.S. Pat. No. 10,097,797 | Video Doorbell Pro |
|---|---|
| |  https://simplisafe.com/video-doorbell-pro |
| [6.3] wherein the exterior device is capable of wirelessly transmitting digital streaming video, at least partially via the Internet, to a peripheral device, which is a cell phone, upon detection of a person associated with the entrance by the motion detector, | The Doorbell Pro is capable of wirelessly transmitting digital streaming video, at least partially via the Internet, to a peripheral device, which is a cell phone, upon detection of a person associated with the entrance by the motion detector.<br><br>After installation of the Doorbell Pro, the user is instructed to download a software application, the SimpliSafe app, to the user's Apple iOS or Android cell phone. |

| U.S. Pat. No. 10,097,797 | Video Doorbell Pro |
|---|---|
| | 

https://simplisafe.com/video-doorbell-pro

In addition, the Video Doorbell Pro requires:

- A WiFi connection
  - The wireless router must be capable of broadcasting at 2.4GHz and with an active Internet connection to stream video. Most networks fulfill this requirement.
- An iOS or Android smartphone for setup
  - Once installed, the camera can be viewed through a web browser as well

https://support.simplisafe.com/hc/en-us/articles/360035706791-Requirements |

| U.S. Pat. No. 10,097,797 | Video Doorbell Pro |
|---|---|
| | **9**<br><br>**NOW IT'S TIME TO SETUP YOUR WIFI**<br><br>Open the SimpliSafe app on your mobile device and navigate to "set up my SimpliCam" to finish installing.<br><br><br>https://support.simplisafe.com/hc/en-us/articles/360029485732-Installation-Guide-for-Video-Doorbell-Pro<br><br>Once the Doorbell Pro is connected, the RF transmitter can transmit real time video via Wi-Fi to the SimpliSafe app on the user's cell-phone. |

| U.S. Pat. No. 10,097,797 | Video Doorbell Pro |
|---|---|
| |  Flawless Streaming<br><br>Ultra-clear video takes more than just HD. Doorbell Pro's secret sauce is its compression. Our engineers developed a "variable bitrate compression algorithm," which is a geeky way of saying that with Doorbell Pro you get crystal clear HD video that loads quickly and plays smooth.<br><br>https://simplisafe.com/video-doorbell-pro<br><br>The Doorbell Pro's motion detector will detect when a person has approached the entrance associated with the user. |

| U.S. Pat. No. 10,097,797 | Video Doorbell Pro |
|---|---|
| |  https://simplisafe.com/video-doorbell-pro |

| U.S. Pat. No. 10,097,797 | Video Doorbell Pro |
|---|---|
| | # Detects people. Ignores distractions.<br><br>Unlike other doorbell cameras, Video Doorbell Pro uses two different sensors.[1] One sensor identifies the heat signature of people, another detects human form. You'll only get alerts for things that count.<br><br>✓ **Thoughtful motion alerts**<br>✓ **Dual-sensor trigger**<br>✓ **Ignores motion from cars**<br><br>https://simplisafe.com/video-doorbell-pro<br><br>After a person is detected at the entrance, the Doorbell Pro can transmit live video of the entrance via the internet and Wi-Fi to the SimpliSafe app on the user's cell phone. |

| U.S. Pat. No. 10,097,797 | Video Doorbell Pro |
| --- | --- |
| | https://simplisafe.com/video-doorbell-pro |

| U.S. Pat. No. 10,097,797 | Video Doorbell Pro |
|---|---|
| |  https://www.youtube.com/watch?v=KbdcIUjvtWM at 4:52 in video. |
| [6.4] wherein the exterior device is capable of wirelessly transmitting | The Doorbell Pro is capable of wirelessly transmitting digital audio to the peripheral device, at least partially via the Internet, after the detection of the person associated with the entrance by the motion detector. |

| U.S. Pat. No. 10,097,797 | Video Doorbell Pro |
|---|---|
| digital audio to the peripheral device, at least partially via the Internet, after the detection of the person associated with the entrance by the motion detector, | After installation of the Doorbell Pro  the user is instructed to download a software application, the SimpliSafe app, to the user's Apple iOS or Android cell phone.<br><br><br><br>https://simplisafe.com/video-doorbell-pro |

| U.S. Pat. No. 10,097,797 | Video Doorbell Pro |
|---|---|
| | In addition, the Video Doorbell Pro requires:<br><br>• A WiFi connection<br>   • The wireless router must be capable of broadcasting at 2.4GHz and with an active Internet connection to stream video. Most networks fulfill this requirement.<br>• An iOS or Android smartphone for setup<br>   • Once installed, the camera can be viewed through a web browser as well<br>https://support.simplisafe.com/hc/en-us/articles/360035706791-Requirements |

| U.S. Pat. No. 10,097,797 | Video Doorbell Pro |
|---|---|
| | **9** <br><br> **NOW IT'S TIME TO SETUP YOUR WIFI** <br><br> Open the SimpliSafe app on your mobile device and navigate to "set up my SimpliCam" to finish installing. <br><br>  <br><br>  <br><br> https://support.simplisafe.com/hc/en-us/articles/360029485732-Installation-Guide-for-Video-Doorbell-Pro <br><br> The Doorbell Pro's motion detector will detect when a person has approached the entrance associated with the user. |

| U.S. Pat. No. 10,097,797 | Video Doorbell Pro |
|---|---|
| | <br>https://simplisafe.com/video-doorbell-pro |

| U.S. Pat. No. 10,097,797 | Video Doorbell Pro |
|---|---|
| | ## Detects people. Ignores distractions.<br><br>Unlike other doorbell cameras, Video Doorbell Pro uses two different sensors.[1] One sensor identifies the heat signature of people, another detects human form. You'll only get alerts for things that count.<br><br>✓ **Thoughtful motion alerts**<br>✓ **Dual-sensor trigger**<br>✓ **Ignores motion from cars**<br><br>https://simplisafe.com/video-doorbell-pro<br><br>After a person is detected at the entrance, the Doorbell Pro can transmit audio to enable 2-way audio communication via the Internet and Wi-Fi between the person at the entrance and the SimpliSafe app on the user's cell phone.<br><br>## How to use the Video Doorbell's 2-Way Audio<br><br>**HOW TO USE**<br><br>Two-way audio works on all cameras in the SimpliSafe system.<br><br>- To speak, hold down the microphone button while viewing the livestream<br>- To listen, release the microphone button to hear audio from the camera<br>- **You will not be able to hear** the audio while holding down the microphone button |

| U.S. Pat. No. 10,097,797 | Video Doorbell Pro |
|---|---|
| | https://support.simplisafe.com/hc/en-us/articles/360029810471-How-to-use-the-Video-Doorbell-s-2-Way-Audio |
| [6.5] wherein the exterior device is capable of receiving the digital audio from the peripheral device after the person associated with the entrance has been detected, | The Doorbell Pro is capable of receiving the digital audio from the peripheral device after the person associated with the entrance has been detected.<br><br>After installation of the Doorbell Pro the user is instructed to download a software application, the SimpliSafe app, to the user's Apple iOS or Android cell phone.<br><br><br><br>https://simplisafe.com/video-doorbell-pro |

| U.S. Pat. No. 10,097,797 | Video Doorbell Pro |
|---|---|
| | In addition, the Video Doorbell Pro requires:<br><br>• A WiFi connection<br> • The wireless router must be capable of broadcasting at 2.4GHz and with an active Internet connection to stream video. Most networks fulfill this requirement.<br>• An iOS or Android smartphone for setup<br> • Once installed, the camera can be viewed through a web browser as well<br>https://support.simplisafe.com/hc/en-us/articles/360035706791-Requirements |

| U.S. Pat. No. 10,097,797 | Video Doorbell Pro |
|---|---|
| | **9**<br><br>**NOW IT'S TIME TO SETUP YOUR WIFI**<br><br>Open the SimpliSafe app on your mobile device and navigate to "set up my SimpliCam" to finish installing.<br><br>Download on the App Store<br><br>GET IT ON Google Play<br><br>https://support.simplisafe.com/hc/en-us/articles/360029485732-Installation-Guide-for-Video-Doorbell-Pro<br><br>The Doorbell Pro will detect when a person has approached the entrance through its motion detector or by the person pressing the doorbell button. |

| U.S. Pat. No. 10,097,797 | Video Doorbell Pro |
| --- | --- |
| |  https://simplisafe.com/video-doorbell-pro |

| U.S. Pat. No. 10,097,797 | Video Doorbell Pro |
|---|---|
| | Detects people. Ignores distractions.

Unlike other doorbell cameras, Video Doorbell Pro uses two different sensors.[1] One sensor identifies the heat signature of people, another detects human form. You'll only get alerts for things that count.

✓ Thoughtful motion alerts
✓ Dual-sensor trigger
✓ Ignores motion from cars

https://simplisafe.com/video-doorbell-pro

After a person is detected at the entrance, the Doorbell Pro can transmit audio to enable 2-way audio communication via the Internet and Wi-Fi between the person at the entrance and the SimpliSafe app on the user's cell phone.

How to use the Video Doorbell's 2-Way Audio

HOW TO USE

Two-way audio works on all cameras in the SimpliSafe system.

- To speak, hold down the microphone button while viewing the livestream
- To listen, release the microphone button to hear audio from the camera
- **You will not be able to hear** the audio while holding down the microphone button |

| U.S. Pat. No. 10,097,797 | Video Doorbell Pro |
|---|---|
| | https://support.simplisafe.com/hc/en-us/articles/360029810471-How-to-use-the-Video-Doorbell-s-2-Way-Audio <br><br>  |

| U.S. Pat. No. 10,097,797 | Video Doorbell Pro |
|---|---|
| | https://www.youtube.com/watch?v=KbdcIUjvtWM at 4:48 in video. |
| [6.6] wherein the exterior device is capable of playing the digital audio received from the peripheral device through the speaker of the exterior device, | The Doorbell Pro is capable of playing digital audio received from the peripheral device through the speaker.<br><br>The Doorbell Pro has a speaker that enables 2-way audio communication between the person at the entrance and the user's cell phone.<br><br>How to use the Video Doorbell's 2-Way Audio<br><br>**HOW TO USE**<br><br>Two-way audio works on all cameras in the SimpliSafe system.<br><br>• To speak, hold down the microphone button while viewing the livestream<br>• To listen, release the microphone button to hear audio from the camera<br>• **You will not be able to hear** the audio while holding down the microphone button<br><br>https://support.simplisafe.com/hc/en-us/articles/360029810471-How-to-use-the-Video-Doorbell-s-2-Way-Audio |

| U.S. Pat. No. 10,097,797 | Video Doorbell Pro |
|---|---|
| |  https://simplisafe.com/video-doorbell-pro |
| [6.7] wherein the exterior device is capable of operating in a low light condition, | The Doorbell Pro is capable of operating in low light conditions.<br><br>For example, the Doorbell Pro will emit infrared light to maximize the visibility of the camera to allow system operation during low-light or nighttime.<br><br>Night Vision<br><br>During night time, the Video Doorbell Pro will emit infrared light to maximize the visibility in the picture.<br><br>Night vision can be adjusted in the settings. Learn more here. |

| U.S. Pat. No. 10,097,797 | Video Doorbell Pro |
|---|---|
|  | https://support.simplisafe.com/hc/en-us/articles/360035333392-Night-Vision |
| [6.8] wherein the exterior device comprises an antenna for transmission of the digital streaming video and the digital audio, and | The Doorbell Pro has an antenna for transmission of the digital streaming video and the digital audio.<br><br>For example, the Doorbell Pro has an antenna to allow it to communicate via WiFi.<br><br><br><br>https://simplisafe.com/video-doorbell-pro |

| U.S. Pat. No. 10,097,797 | Video Doorbell Pro |
|---|---|
| |  https://apps.fcc.gov/eas/GetApplicationAttachment.html?calledFromFrame=Y&id=4014404 |

| U.S. Pat. No. 10,097,797 | Video Doorbell Pro |
|---|---|
|  |  https://apps.fcc.gov/eas/GetApplicationAttachment.html?calledFromFrame=Y&id=4014404 (AP6212 WI-FI/BT SIP MODULE)<br><br>The Doorbell Pro's antenna enables the transmission of digital video and audio to the SimpliSafe app on the users cell phone. |

| U.S. Pat. No. 10,097,797 | Video Doorbell Pro |
|---|---|
| | **Flawless Streaming**<br><br>Ultra-clear video takes more than just HD. Doorbell Pro's secret sauce is its compression. Our engineers developed a "variable bitrate compression algorithm," which is a geeky way of saying that with Doorbell Pro you get crystal clear HD video that loads quickly and plays smooth.<br><br>https://simplisafe.com/video-doorbell-pro<br><br>How to use the Video Doorbell's 2-Way Audio<br><br>**HOW TO USE**<br><br>Two-way audio works on all cameras in the SimpliSafe system.<br><br>• To speak, hold down the microphone button while viewing the livestream<br>• To listen, release the microphone button to hear audio from the camera<br>• **You will not be able to hear** the audio while holding down the microphone button<br><br>https://support.simplisafe.com/hc/en-us/articles/360029810471-How-to-use-the-Video-Doorbell-s-2-Way-Audio |

| U.S. Pat. No. 10,097,797 | Video Doorbell Pro |
|---|---|
| |  https://www.youtube.com/watch?v=KbdcIUjvtWM at 4:48 in video. |

| U.S. Pat. No. 10,097,797 | Video Doorbell Pro |
|---|---|
| [6.9] wherein the exterior device is capable of encrypting the digital streaming video or the digital audio during or before the transmission of the digital streaming video or the digital audio. | The Doorbell Pro is capable of encrypting the digital streaming video or the digital audio during or before the transmission of the digital streaming video or the digital audio.<br><br>All communications between the Doorbell Pro and the SimpliSafe app are encrypted.<br><br>23. **Is the SimpliSafe system secure?**<br><br>SimpliSafe uses end-to-end encoding, 256-bit encryption, and SSL security certification to keep your data safe. These industry-leading security measures are robust and designed to stop hackers from using home security data for malicious purposes.<br><br>https://www.security.org/home-security-systems/simplisafe/faqs/<br><br>• All communication between the base station, the app and our indoor and outdoor cameras -- whether it happens via Wi-Fi or via cellular signal -- is encrypted.<br><br>https://www.cnet.com/news/home-security-systems-video-doorbells-user-privacy-data-security-abode-adt-comcast-nest-ring-simplisafe/ |
| 8. The system of claim 6, wherein the exterior device is capable of receiving one or more instructions to modify one or more control settings for operation of the camera, | The Doorbell Pro system is capable of receiving one or more instructions to modify one or more control settings for operation of the camera.<br><br>The SimpliSafe app allows the user to adjust the sensitivity of the proximity or motion detector. |

| U.S. Pat. No. 10,097,797 | Video Doorbell Pro |
|---|---|
| |  https://www.youtube.com/watch?v=KbdcIUjvtWM at 6:18 of video. |

| U.S. Pat. No. 10,097,797 | Video Doorbell Pro | | |
|---|---|---|---|
| | **Setting** | **Explanation** | **Setting Options** | **Default Value** |
| | *Motion Detection*: Motion Events | Allows you to turn Motion Detection on or off. | On Off | On |
| | *Motion Detection*: Motion Notification | Determines whether you will receive push notifications for motion events for your smartphone. | Off On | On |
| | *Motion Detection*: Sensitivity (DAY) | Determines the sensitivity of detecting general movements during the day. This affects both notifications and automatic recordings. | Low Medium High | Medium |
| | *Motion Detection*: Sensitivity (NIGHT) | Determines the sensitivity of detecting general movements during at night. This affects both notifications and automatic recordings. | Low Medium High | Medium |
| | *Motion Detection*: Motion Type | Allows you to determine whether to focus on the movement of people or all types of movement. | People Only All Motion | People Only |

https://support.simplisafe.com/hc/en-us/articles/360029808731-How-do-I-change-my-doorbell-s-settings-

Note: the four-column inner table header spans columns Setting / Explanation / Setting Options / Default Value.

| U.S. Pat. No. 10,097,797 | Video Doorbell Pro |
|---|---|
| wherein the system is capable of displaying an icon that, upon selection, enables a user to speak with the person at the entrance, and wherein at least a portion of the digital streaming video is played at the same time the icon is displayed on the peripheral device. | The Doorbell Pro system is capable of displaying an icon that, upon selection, enables a user to speak with the person at the entrance, and wherein at least a portion of the digital streaming video is played at the same time the icon is displayed on the peripheral device.<br><br>For example, a user can transmit audio through the SimpliSafe app by pressing the microphone icon when seeing live video of the entrance.<br><br>How to use the Video Doorbell's 2-Way Audio<br><br>**HOW TO USE**<br><br>Two-way audio works on all cameras in the SimpliSafe system.<br><br>• To speak, hold down the microphone button while viewing the livestream<br>• To listen, release the microphone button to hear audio from the camera<br>• **You will not be able to hear** the audio while holding down the microphone button<br><br>https://support.simplisafe.com/hc/en-us/articles/360029810471-How-to-use-the-Video-Doorbell-s-2-Way-Audio |

| U.S. Pat. No. 10,097,797 | Video Doorbell Pro |
|---|---|
| |  https://www.youtube.com/watch?v=KbdcIUjvtWM at 4:48 in video. |

| U.S. Pat. No. 10,097,797 | Video Doorbell Pro |
|---|---|
| [9.1] A method for a communication system for interacting with a person at an entrance comprising an exterior device associated with the entrance, the method comprising the steps of: | To the extent the preamble is limiting, Respondent performs a method for a communication system for interacting with a person at an entrance comprising an exterior device associated with the entrance.<br><br><br><br>https://simplisafe.com/video-doorbell-pro |

| U.S. Pat. No. 10,097,797 | Video Doorbell Pro |
|---|---|
| |  https://simplisafe.com/video-doorbell-pro |

| U.S. Pat. No. 10,097,797 | Video Doorbell Pro |
| --- | --- |
| |  https://simplisafe.com/video-doorbell-pro |

| U.S. Pat. No. 10,097,797 | Video Doorbell Pro |
|---|---|
| | <br><br>https://simplisafe.com/video-doorbell-pro<br><br>To the extent the preamble of claim 9 is limiting, the Doorbell Pro is a communication system that enables interacting with a person at an entrance comprising an exterior device associated with the entrance, with the method of claim 9 at least as explained below. |
| [9.2] recording video using the exterior device, which comprises a digital camera, a microphone, a speaker, a transceiver, a keypad having one or more buttons, and a motion sensor; | The Doorbell Pro is able to record video and is comprised of a digital camera, a microphone, a speaker, a transceiver, a keypad having one or more buttons, and a motion sensor. |

| U.S. Pat. No. 10,097,797 | Video Doorbell Pro |
|---|---|
| | <br><br>https://simplisafe.com/video-doorbell-pro<br><br>For example, the SimpliSafe App provides a record icon button that allows a user to record video transmitted from the Doorbell Pro. |

| U.S. Pat. No. 10,097,797 | Video Doorbell Pro |
|---|---|
| | <br><br>https://simplisafe.com/video-doorbell-pro<br><br>In addition, the SimpliSafe app stores recordings of video taken by the Doorbell Pro. |

| U.S. Pat. No. 10,097,797 | Video Doorbell Pro |
|---|---|
| |  https://www.youtube.com/watch?v=KbdcIUjvtWM at 5:40 of the video. |

| U.S. Pat. No. 10,097,797 | Video Doorbell Pro |
|---|---|
| [9.3] associating a timestamp with the recorded video; | The Doorbell Pro can associate a timestamp with the recorded video. For example, the Doorbell Pro can provide the date and time that every video is recorded. |

| U.S. Pat. No. 10,097,797 | Video Doorbell Pro |
|---|---|
| | <br>https://www.youtube.com/watch?v=KbdcIUjvtWM at 5:40 of the video. |

| U.S. Pat. No. 10,097,797 | Video Doorbell Pro |
|---|---|
|  | Based on the timestamp used with the recorded video on the SimpliSafe app, Complainants believe that the timestamp is associated with the recorded video.  Complainants will require additional discovery into the exact nature of the timestamp and reserves its right to amend these disclosures based on such discovery. |
| [9.4] wirelessly transmitting the recorded video and digital audio from the exterior device to a peripheral device at least partially via the Internet upon detection of the person at the entrance via the motion sensor or pressing of the one or more buttons of the keypad; | The Doorbell Pro can wirelessly transmit recorded video and digital audio from the exterior device to a peripheral device at least partially via the Internet upon detection of the person at the entrance via the motion sensor or pressing of the one or more buttons of the keypad.<br><br>After installation of the Doorbell Pro, the user is instructed to download a software application, the SimpliSafe app, to the user's Apple iOS or Android cell phone.<br><br>![Secure in minutes. Anyone can set up Video Doorbell Pro in under thirty minutes. No know-how needed. All it takes is a Phillips head screwdriver. We'll walk you through the rest. Connect Doorbell  Download App  Connect to Wifi]<br><br>https://simplisafe.com/video-doorbell-pro |

| U.S. Pat. No. 10,097,797 | Video Doorbell Pro |
|---|---|
| | In addition, the Video Doorbell Pro requires:<br><br>• A WiFi connection<br>  • The wireless router must be capable of broadcasting at 2.4GHz and with an active Internet connection to stream video. Most networks fulfill this requirement.<br>• An iOS or Android smartphone for setup<br>  • Once installed, the camera can be viewed through a web browser as well<br>https://support.simplisafe.com/hc/en-us/articles/360035706791-Requirements<br><br>When a person is detected at the entrance by the Doorbell Pro, either by the proximity sensor or the primary doorbell button, the Doorbell Pro can transmit a message notifying the detection to the user's SimpliSafe app.<br><br>https://simplisafe.com/video-doorbell-pro |

| U.S. Pat. No. 10,097,797 | Video Doorbell Pro |
|---|---|
| | Once the Doorbell Pro is connected, the RF transmitter can transmit recorded digital video and audio via Wi-Fi to the SimpliSafe app on the user's cell phone.<br><br>Flawless Streaming<br><br>Ultra-clear video takes more than just HD. Doorbell Pro's secret sauce is its compression. Our engineers developed a "variable bitrate compression algorithm," which is a geeky way of saying that with Doorbell Pro you get crystal clear HD video that loads quickly and plays smooth.<br><br>https://simplisafe.com/video-doorbell-pro |

| U.S. Pat. No. 10,097,797 | Video Doorbell Pro |
|---|---|
| | <br><br>https://simplisafe.com/video-doorbell-pro |
| [9.5] receiving the digital audio at the exterior device from the peripheral device; | The Doorbell Pro can receive digital audio from the peripheral device.<br><br>For example, a user can transmit audio through the SimpliSafe app by pressing the microphone icon when seeing live video of the entrance. |

| U.S. Pat. No. 10,097,797 | Video Doorbell Pro |
|---|---|
| | How to use the Video Doorbell's 2-Way Audio<br><br>**HOW TO USE**<br><br>Two-way audio works on all cameras in the SimpliSafe system.<br><br>- To speak, hold down the microphone button while viewing the livestream<br>- To listen, release the microphone button to hear audio from the camera<br>- **You will not be able to hear** the audio while holding down the microphone button<br><br>https://support.simplisafe.com/hc/en-us/articles/360029810471-How-to-use-the-Video-Doorbell-s-2-Way-Audio |

| U.S. Pat. No. 10,097,797 | Video Doorbell Pro |
|---|---|
| |  https://www.youtube.com/watch?v=KbdcIUjvtWM at 4:48 in video. |

| U.S. Pat. No. 10,097,797 | Video Doorbell Pro |
|---|---|
| [9.6] playing the digital audio at the exterior device using the speaker; | The Doorbell Pro can play the digital audio at the exterior device using the speaker.<br><br>A user can transmit audio through the SimpliSafe app by pressing the microphone icon when seeing live video of the entrance.<br><br><br><br>https://simplisafe.com/video-doorbell-pro |
| [9.7] receiving an indication that the one or more buttons of the keypad have been pressed; | The Doorbell Pro receives an indication that one or more buttons of the keypad have been pressed.<br><br>For example, the Doorbell Pro can enable a notification message to be sent to the SimpliSafe app on the user's cell phone that the doorbell button has been pressed. |

| U.S. Pat. No. 10,097,797 | Video Doorbell Pro |
|---|---|
| | **SIMPLISAFE**   5:34pm<br><br>**Doorbell Pro**<br>Someone rang the bell at your Front Door<br><br>https://simplisafe.com/video-doorbell-pro |
| [9.8] displaying an icon on the peripheral device; | The Doorbell Pro enables the display of an icon on the peripheral device.<br><br>For example, the Doorbell Pro will display a notification with icons when someone is detected at the door.<br><br>**SIMPLISAFE**   5:34pm<br><br>**Doorbell Pro**<br>Someone rang the bell at your Front Door<br><br>https://simplisafe.com/video-doorbell-pro |

| U.S. Pat. No. 10,097,797 | Video Doorbell Pro |
|---|---|
| [9.9] upon selection of the icon, viewing the digital streaming video from the exterior device | The Doorbell Pro enables viewing the digital streaming video from the exterior device upon selection of an icon.<br><br>For example, when the user receives a notification message that someone is at the door, the user can view video from the Doorbell Pro.<br><br><br><br>https://simplisafe.com/video-doorbell-pro<br><br>In addition, a user can select an icon on the SimpliSafe app to play recorded video and audio. |

| U.S. Pat. No. 10,097,797 | Video Doorbell Pro |
| --- | --- |
| |  [https://www.youtube.com/watch?v=KbdcIUjvtWM](https://www.youtube.com/watch?v=KbdcIUjvtWM) at 5:40 of the video. |

| U.S. Pat. No. 10,097,797 | Video Doorbell Pro |
|---|---|
| [9.10] encrypting the recorded video and digital audio transmitted from the exterior device; | The Doorbell Pro enables the encrypting of recorded video and digital audio transmitted from the exterior device.<br><br>All communications between the Doorbell Pro and the SimpliSafe app are encrypted.<br><br>23. **Is the SimpliSafe system secure?**<br><br>SimpliSafe uses end-to-end encoding, 256-bit encryption, and SSL security certification to keep your data safe. These industry-leading security measures are robust and designed to stop hackers from using home security data for malicious purposes.<br><br>https://www.security.org/home-security-systems/simplisafe/faqs/<br><br>• All communication between the base station, the app and our indoor and outdoor cameras -- whether it happens via Wi-Fi or via cellular signal -- is encrypted.<br><br>https://www.cnet.com/news/home-security-systems-video-doorbells-user-privacy-data-security-abode-adt-comcast-nest-ring-simplisafe/ |
| [9.11] receiving a message from the exterior device; | Messages can be received by the Doorbell Pro.<br><br>For example, the SimpliSafe app displays notification messages when a person is detected at the entrance. |

| U.S. Pat. No. 10,097,797 | Video Doorbell Pro |
|---|---|
| | Doorbell Notifications<br><br>Video Doorbell Pro will issue notifications to you when someone presses the doorbell button and when the camera detects motion.<br><br>You can change the notification settings for both detected motion and a doorbell button press. Learn more here.<br><br>https://support.simplisafe.com/hc/en-us/articles/360035333172-Doorbell-Notifications |

| U.S. Pat. No. 10,097,797 | Video Doorbell Pro |
| --- | --- |
| |  https://www.youtube.com/watch?v=KbdcIUjvtWM at 6:18 of video. |

| U.S. Pat. No. 10,097,797 | Video Doorbell Pro |
|---|---|
| |  SIMPLISAFE 5:32pm **Doorbell Pro** Motion detected at your Front Door<br><br>SIMPLISAFE 5:34pm **Doorbell Pro** Someone rang the bell at your Front Door<br><br>https://simplisafe.com/video-doorbell-pro |
| [9.12] sending a message to the exterior device. | Messages can be sent to the Doorbell Pro.<br><br>The SimpliSafe app can send a number of messages to the Doorbell Pro. For example, the SimpliSafe app can send messages to adjust control settings to the Doorbell Pro. |

| U.S. Pat. No. 10,097,797 | Video Doorbell Pro |
|---|---|
| |  https://www.youtube.com/watch?v=KbdcIUjvtWM at 6:00 in video. |

## How do I change my doorbell's settings?

1. From the app's home screen, click the three horizontal lines on the top left to pull out the side menu.
2. Next click "Cameras."
3. Click the gear icon in the top-right corner of the screen.
4. Select the camera whose settings you'd like to change.
   - Or change the setting for Video Verification before continuing on to your camera's settings.]
5. From here, you can change the following settings:

| Setting | Explanation | Setting Options | Default Value |
|---------|-------------|-----------------|---------------|
| Motion Detection: Motion Events | Allows you to turn Motion Detection on or off. | On Off | On |
| Motion Detection: Motion Notification | Determines whether you will receive push notifications for motion events for your smartphone. | Off On | On |
| Motion Detection: Sensitivity [DAY] | Determines the sensitivity of detecting general movements during the day. This affects both notifications and automatic recordings. | Low Medium High | Medium |
| Motion Detection: Sensitivity [NIGHT] | Determines the sensitivity of detecting general movements during at night. This affects both notifications and automatic recordings. | Low Medium High | Medium |
| Motion Detection: Motion Type | Allows you to determine whether to focus on the movement of people or all types of movement. | People Only All Motion | People Only |
| Motion Detection: Activity Zone | Allows you to determine the zone in which the motion sensor will detect movement. Activity Zone selection only works during the day. | N/A | N/A |

| U.S. Pat. No. 10,097,797 | Video Doorbell Pro | | |
|---|---|---|---|
| | Nightvision | Emits an infrared light to allow the camera to view at night. | On<br>Off<br>Auto | Auto |
| | Mic & Audio | Determines if audio is recorded with camera video | On<br>Off | On |
| | Picture Quality | Determines the picture quality. Higher picture quality makes your video clearer, but uses more internet bandwidth. | 420p<br>720p<br>1080p | 1080p |
| | Status Light | LED light that indicates when the camera is recording. | On<br>Off | On |
| | Doorbell Notification | Determines whether you will receive push notifications for doorbell events for your smartphone. | On<br>Off | On |
| | WiFi Network | Allows you to choose the WiFi network for your cameras. | N/A | N/A |
| | Base Station Chime Volume | Sets the volume at which your Base Station will chime when the Video Doorbell Pro is rung. | Off<br>Low<br>Medium<br>High | Medium |

https://support.simplisafe.com/hc/en-us/articles/360029808731-How-do-I-change-my-doorbell-s-settings-

Complainants believe there are numerous other examples of control messages or instructions sent from the SimpliSafe app to the Doorbell Pro. Complainants will require additional discovery into the exact nature of these messages and reserves its right to amend these disclosures based on such discovery.

| U.S. Pat. No. 10,097,797 | Video Doorbell Pro |
|---|---|
| [9.13] displaying multiple control settings for the exterior device; | The Doorbell Pro can enable the display of multiple control settings for the exterior device.<br><br>For example, the SimpliSafe app displays a number of control settings for the Doorbell Pro.<br><br><br><br>https://www.youtube.com/watch?v=KbdcIUjvtWM at 6:00 in video. |

## How do I change my doorbell's settings?

1. From the app's home screen, click the three horizontal lines on the top left to pull out the side menu.
2. Next click "Cameras."
3. Click the gear icon in the top-right corner of the screen.
4. Select the camera whose settings you'd like to change.
   - Or change the setting for Video Verification before continuing on to your camera's settings.]
5. From here, you can change the following settings:

| Setting | Explanation | Setting Options | Default Value |
|---------|-------------|-----------------|---------------|
| *Motion Detection*: Motion Events | Allows you to turn Motion Detection on or off. | On<br>Off | On |
| *Motion Detection*: Motion Notification | Determines whether you will receive push notifications for motion events for your smartphone. | Off<br>On | On |
| *Motion Detection*: Sensitivity [DAY] | Determines the sensitivity of detecting general movements during the day. This affects both notifications and automatic recordings. | Low<br>Medium<br>High | Medium |
| *Motion Detection*: Sensitivity [NIGHT] | Determines the sensitivity of detecting general movements during at night. This affects both notifications and automatic recordings. | Low<br>Medium<br>High | Medium |
| *Motion Detection*: Motion Type | Allows you to determine whether to focus on the movement of people or all types of movement. | People Only<br>All Motion | People Only |
| *Motion Detection*: Activity Zone | Allows you to determine the zone in which the motion sensor will detect movement. Activity Zone selection only works during the day. | N/A | N/A |

| U.S. Pat. No. 10,097,797 | Video Doorbell Pro | | | |
|---|---|---|---|---|
| | | | | |

| | | | | |
|---|---|---|---|---|
| Nightvision | Emits an infrared light to allow the camera to view at night. | On Off Auto | Auto | |
| Mic & Audio | Determines if audio is recorded with camera video | On Off | On | |
| Picture Quality | Determines the picture quality. Higher picture quality makes your video clearer, but uses more internet bandwidth. | 420p 720p 1080p | 1080p | |
| Status Light | LED light that indicates when the camera is recording. | On Off | On | |
| Doorbell Notification | Determines whether you will receive push notifications for doorbell events for your smartphone. | On Off | On | |
| WiFi Network | Allows you to choose the WiFi network for your cameras. | N/A | N/A | |
| Base Station Chime Volume | Sets the volume at which your Base Station will chime when the Video Doorbell Pro is rung. | Off Low Medium High | Medium | |

https://support.simplisafe.com/hc/en-us/articles/360029808731-How-do-I-change-my-doorbell-s-settings-

| U.S. Pat. No. 10,097,797 | Video Doorbell Pro |
|---|---|
| [9.14] storing a message address associated with the exterior device; and | The Doorbell Pro system stores the message address associated with the exterior device.<br><br>Complainants believe discovery will show that the Doorbell Pro has unique identifiers associated with it, including at least a MAC address. Complainants believe that discovery will show that these unique identifiers are stored locally on the external device, in SimpliSafe's back-end system, and/or by |

| U.S. Pat. No. 10,097,797 | Video Doorbell Pro |
|---|---|
|  | SimpliSafe's app in order to route messages to and from the appropriate exterior device and to otherwise identify the exterior device.<br><br>For example, the Doorbell Pro unit has a unique identifier, such as an IP and/or MAC address, that allows for Wi-Fi communication with the device.  This address can be stored on the SimpliSafe app or on a server to enable communication with the Doorbell Pro.<br><br><br><br>https://simplisafe.com/video-doorbell-pro |
| [9.15] placing a timestamp on the digital streaming video before transmission of the digital streaming video by the exterior device. | The Doorbell Pro is able to place a timestamp on the digital streaming video before transmission of the digital streaming video by the exterior device.<br><br>Complainants believe discovery will show that the Doorbell Pro timestamps the digital streaming video prior to transmission when it packetizes the video for transmission over the internet, including by |

| U.S. Pat. No. 10,097,797 | Video Doorbell Pro |
|---|---|
| | placing requisite timestamps on packets as required by the underlying transport protocol used by SimpliSafe. Complainants also believe discovery will show that the SimpliSafe timestamps the streaming video in other ways prior to transmission, including placing a timestamp on the video for local and remote storage purposes.<br><br>The Doorbell Pro can provide the date and time that every video is recorded.<br><br><br>https://www.youtube.com/watch?v=KbdcIUjvtWM at 5:40 of the video.<br><br>Based on the timestamp used with the recorded video on the SimpliSafe app, Complainants believe that at least the packets of video and information stored within the video itself are time stamped prior to |

| U.S. Pat. No. 10,097,797 | Video Doorbell Pro |
|---|---|
| | transmission.  Complainants will require additional discovery into the exact nature of the timestamp and reserves its right to amend these disclosures based on such discovery. |