# EXHIBIT L

**Claim Chart for U.S. Patent No. 9,485,478**
**COMMUNICATION AND MONITORING SYSTEM**

**Claims 9, 10, 11, and 17**

The SimpliSafe Video Doorbell Pro and all other similar devices provided by SimpliSafe (collectively, the "Doorbell Pro") infringes at least the claims charted below of United States Patent No. 9,485,478 (the "'478 Patent"), entitled "Communication and Monitoring System," under 35 U.S.C. § 271(a), either literally or under the doctrine of equivalents. In addition, SimpliSafe indirectly infringes the '478 Patent under sections 271(b) and/or 271(c) by instructing, directing, and/or enabling others, including its customers, purchasers, users and developers, alone, or in combination to use the SimpliSafe Doorbell Pro and/or perform all or some of the steps recited in the claims of the '478 patent, either literally or under the doctrine of equivalents, and by providing a material or apparatus for use in a patented process, when such material or apparatus is especially adapted for use in the infringement of the '478 patent, and is not a staple article or commodity of commerce suitable for substantial non-infringing use.

| U.S. Pat. No. 9,485,478 | Video Doorbell Pro |
|---|---|
| [9.1] A detection and viewing system comprising: | To the extend the preamble is a limitation, the Doorbell Pro is a detection and viewing system. |

| U.S. Pat. No. 9,485,478 | Video Doorbell Pro |
|---|---|
| | <br><br>https://simplisafe.com/video-doorbell-pro |

| U.S. Pat. No. 9,485,478 | Video Doorbell Pro |
|---|---|
| |  https://simplisafe.com/video-doorbell-pro |

| U.S. Pat. No. 9,485,478 | Video Doorbell Pro |
|---|---|
| | <br>https://simplisafe.com/video-doorbell-pro<br><br>https://simplisafe.com/video-doorbell-pro |

| U.S. Pat. No. 9,485,478 | Video Doorbell Pro |
|---|---|
| [9.2] a wireless device comprising a video camera, a speaker, a microphone, a microphone, and a keypad having one or more buttons, wherein the wireless device is operable to wirelessly transmit real-time digital streaming video; | The Doorbell Pro is a wireless device that has a video camera, a speaker, a microphone, a microphone, and a keypad having one or more buttons.<br><br>The Doorbell Pro communicates wirelessly via Wi-Fi and has a video camera, a speaker, a microphone, a microphone, and a keypad having one or more buttons.<br><br><br><br>https://simplisafe.com/video-doorbell-pro<br><br>After installation of the Doorbell Pro the user is instructed to download a software application, the SimpliSafe app, to the user's Apple iOS or Android cell phone. |

| U.S. Pat. No. 9,485,478 | Video Doorbell Pro |
|---|---|
| | 

https://simplisafe.com/video-doorbell-pro

In addition, the Video Doorbell Pro requires:

- A WiFi connection
  - The wireless router must be capable of broadcasting at 2.4GHz and with an active Internet connection to stream video. Most networks fulfill this requirement.
- An iOS or Android smartphone for setup
  - Once installed, the camera can be viewed through a web browser as well

https://support.simplisafe.com/hc/en-us/articles/360035706791-Requirements |

| U.S. Pat. No. 9,485,478 | Video Doorbell Pro |
|---|---|
| | **9**<br><br>**NOW IT'S TIME TO SETUP YOUR WIFI**<br><br>Open the SimpliSafe app on your mobile device and navigate to "set up my SimpliCam" to finish installing.<br><br>https://support.simplisafe.com/hc/en-us/articles/360029485732-Installation-Guide-for-Video-Doorbell-Pro<br><br>The Doorbell Pro can wirelessly transmit real time streaming video via Wi-Fi to the SimpliSafe app on the user's cell-phone. |

| U.S. Pat. No. 9,485,478 | Video Doorbell Pro |
|---|---|
| | **Flawless Streaming**<br><br>Ultra-clear video takes more than just HD. Doorbell Pro's secret sauce is its compression. Our engineers developed a "variable bitrate compression algorithm," which is a geeky way of saying that with Doorbell Pro you get crystal clear HD video that loads quickly and plays smooth.<br><br>https://simplisafe.com/video-doorbell-pro<br><br>**Live Streaming**<br><br>Live streaming is available for all customers and does not require a subscription.<br><br>https://support.simplisafe.com/hc/en-us/articles/360035333612-Live-Streaming |

| U.S. Pat. No. 9,485,478 | Video Doorbell Pro |
|---|---|
| | The SimpliSafe Doorbell Pro uses the same Android and iOS mobile app as the company's home security system. From the main screen, tap the three-bar icon in the upper left corner, tap Cameras, and then hit the Doorbell tab to launch a live stream that you can view in full-screen mode by turning your phone sideways. At the bottom of the screen is a microphone button for two-way audio communication with whoever is at the door. Back at the Cameras screen, tap the gear icon to access the Settings page where you can enable motion detection and set motion sensitivity, enable motion and doorbell ring notifications, change Wi-Fi settings, and turn the doorbell's LED on and off. To view recorded video, go back to the three-bar icon and tap Timeline. Below Timeline are options for activating a new security system and help and support information. https://www.pcmag.com/reviews/simplisafe-video-doorbell-pro |

| U.S. Pat. No. 9,485,478 | Video Doorbell Pro |
| --- | --- |
| | <br>https://www.youtube.com/watch?v=KbdcIUjvtWM at 4:48 in video. |

| U.S. Pat. No. 9,485,478 | Video Doorbell Pro |
|---|---|
| | <br><br>https://simplisafe.com/video-doorbell-pro |
| [9.3] a software application running on at least one peripheral device, each of said at least one peripheral devices associated with a respective user; | The Doorbell Pro system includes a software application running on at least one peripheral device, wherein each of said at least one peripheral device is associated with a respective user.<br><br>For example, after installation of the Doorbell Pro the user is instructed to download a software application, the SimpliSafe app, to the user's Apple iOS or Android cell phone. |

| U.S. Pat. No. 9,485,478 | Video Doorbell Pro |
|---|---|
| | <br><br>https://simplisafe.com/video-doorbell-pro<br><br>In addition, the Video Doorbell Pro requires:<br><br><ul><li>A WiFi connection</li><ul><li>The wireless router must be capable of broadcasting at 2.4GHz and with an active Internet connection to stream video. Most networks fulfill this requirement.</li></ul><li>An iOS or Android smartphone for setup</li><ul><li>Once installed, the camera can be viewed through a web browser as well</li></ul></ul>https://support.simplisafe.com/hc/en-us/articles/360035706791-Requirements |

| U.S. Pat. No. 9,485,478 | Video Doorbell Pro |
|---|---|
| | **9**<br><br>**NOW IT'S TIME TO SETUP YOUR WIFI**<br><br>Open the SimpliSafe app on your mobile device and navigate to "set up my SimpliCam" to finish installing.<br><br>Download on the App Store<br><br>GET IT ON Google Play<br><br>https://support.simplisafe.com/hc/en-us/articles/360029485732-Installation-Guide-for-Video-Doorbell-Pro |
| [9.4] a computer configured for wireless communication with the wireless device to receive digital real-time digital | The Doorbell Pro system can include a computer configured for wireless communication with the wireless device to receive digital real-time digital streaming video data. |

| U.S. Pat. No. 9,485,478 | Video Doorbell Pro |
|---|---|
| streaming video data, wherein said computer is configured for communication with each of said at least one peripheral devices to transmit the digital real-time digital video data to at least one peripheral device; | For example, after installation of the Doorbell Pro the user is instructed to download a software application, the SimpliSafe app, to the user's Apple iOS or Android cell phone.  https://simplisafe.com/video-doorbell-pro<br><br>In addition, the Video Doorbell Pro requires:<br><br>• A WiFi connection<br>  • The wireless router must be capable of broadcasting at 2.4GHz and with an active Internet connection to stream video. Most networks fulfill this requirement.<br>• An iOS or Android smartphone for setup<br>  • Once installed, the camera can be viewed through a web browser as well<br>https://support.simplisafe.com/hc/en-us/articles/360035706791-Requirements |

| U.S. Pat. No. 9,485,478 | Video Doorbell Pro |
|---|---|
| | **9**<br><br>**NOW IT'S TIME TO SETUP YOUR WIFI**<br><br>Open the SimpliSafe app on your mobile device and navigate to "set up my SimpliCam" to finish installing.<br><br>https://support.simplisafe.com/hc/en-us/articles/360029485732-Installation-Guide-for-Video-Doorbell-Pro<br><br>The Doorbell Pro can transmit real time video via Wi-Fi to the SimpliSafe app on the user's cell-phone. |

| U.S. Pat. No. 9,485,478 | Video Doorbell Pro |
|---|---|
| | Flawless Streaming<br><br>Ultra-clear video takes more than just HD. Doorbell Pro's secret sauce is its compression. Our engineers developed a "variable bitrate compression algorithm," which is a geeky way of saying that with Doorbell Pro you get crystal clear HD video that loads quickly and plays smooth.<br><br>https://simplisafe.com/video-doorbell-pro<br><br>Live Streaming<br><br>Live streaming is available for all customers and does not require a subscription.<br><br>https://support.simplisafe.com/hc/en-us/articles/360035333612-Live-Streaming |

| U.S. Pat. No. 9,485,478 | Video Doorbell Pro |
|---|---|
| | The SimpliSafe Doorbell Pro uses the same Android and iOS mobile app as the company's home security system. From the main screen, tap the three-bar icon in the upper left corner, tap Cameras, and then hit the Doorbell tab to launch a live stream that you can view in full-screen mode by turning your phone sideways. At the bottom of the screen is a microphone button for two-way audio communication with whoever is at the door. Back at the Cameras screen, tap the gear icon to access the Settings page where you can enable motion detection and set motion sensitivity, enable motion and doorbell ring notifications, change Wi-Fi settings, and turn the doorbell's LED on and off. To view recorded video, go back to the three-bar icon and tap Timeline. Below Timeline are options for activating a new security system and help and support information.<br>https://www.pcmag.com/reviews/simplisafe-video-doorbell-pro |

| U.S. Pat. No. 9,485,478 | Video Doorbell Pro |
| --- | --- |
| |  https://www.youtube.com/watch?v=KbdcIUjvtWM at 4:48 in video. |

| U.S. Pat. No. 9,485,478 | Video Doorbell Pro |
|---|---|
| |  https://simplisafe.com/video-doorbell-pro <br><br> When a person is detected at the entrance by the Doorbell Pro, either by the proximity sensor or the primary doorbell button, the Doorbell Pro can transmit a message notifying the detection to the user's SimpliSafe app. <br><br> **Doorbell Notifications** <br><br> Video Doorbell Pro will issue notifications to you when someone presses the doorbell button and when the camera detects motion. <br><br> You can change the notification settings for both detected motion and a doorbell button press. Learn more here. |

| U.S. Pat. No. 9,485,478 | Video Doorbell Pro |
|---|---|
| | https://support.simplisafe.com/hc/en-us/articles/360035333172-Doorbell-Notifications<br><br>![Doorbell Pro notification: Motion detected at your Front Door]<br><br>![Doorbell Pro notification: Someone rang the bell at your Front Door]<br><br>https://simplisafe.com/video-doorbell-pro<br><br>After a person presses or slides the button to view the door, Complainants believe the SimpliSafe app then receives a message with the requisite information necessary to connect to an intermediate server or other type of computer that facilitates transmission of the audio and video between the SimpliSafe app and the Doorbell Pro. Complainants will require additional discovery into the exact nature of the underlying protocol used and reserves its right to amend these disclosures based on such discovery. |
| [9.5] and wherein said peripheral device comprises a cellular phone and is configured to display the video transmitted wirelessly by the camera using the software | The Doorbell Pro system can include a peripheral device that is a cellular phone and is configured to display the video transmitted wirelessly by the camera using the software application running on the cell phone.<br><br>For example, after installation of the Doorbell Pro the user is instructed to download a software application, the SimpliSafe app, to the user's Apple iOS or Android cell phone. |

| U.S. Pat. No. 9,485,478 | Video Doorbell Pro |
|---|---|
| application running on the cell phone. |  https://simplisafe.com/video-doorbell-pro<br><br>In addition, the Video Doorbell Pro requires:<br><br>• A WiFi connection<br>  • The wireless router must be capable of broadcasting at 2.4GHz and with an active Internet connection to stream video. Most networks fulfill this requirement.<br>• An iOS or Android smartphone for setup<br>  • Once installed, the camera can be viewed through a web browser as well<br>https://support.simplisafe.com/hc/en-us/articles/360035706791-Requirements |

| U.S. Pat. No. 9,485,478 | Video Doorbell Pro |
|---|---|
| | **9**<br><br>**NOW IT'S TIME TO SETUP YOUR WIFI**<br><br>Open the SimpliSafe app on your mobile device and navigate to "set up my SimpliCam" to finish installing.<br><br>https://support.simplisafe.com/hc/en-us/articles/360029485732-Installation-Guide-for-Video-Doorbell-Pro<br><br>The Doorbell Pro can transmit real time video via Wi-Fi to the SimpliSafe app on the user's cell-phone. |

| U.S. Pat. No. 9,485,478 | Video Doorbell Pro |
|---|---|
| | **Flawless Streaming**<br><br>Ultra-clear video takes more than just HD. Doorbell Pro's secret sauce is its compression. Our engineers developed a "variable bitrate compression algorithm," which is a geeky way of saying that with Doorbell Pro you get crystal clear HD video that loads quickly and plays smooth.<br><br>https://simplisafe.com/video-doorbell-pro<br><br>**Live Streaming**<br><br>Live streaming is available for all customers and does not require a subscription.<br><br>https://support.simplisafe.com/hc/en-us/articles/360035333612-Live-Streaming |

| U.S. Pat. No. 9,485,478 | Video Doorbell Pro |
|---|---|
| | The SimpliSafe Doorbell Pro uses the same Android and iOS mobile app as the company's home security system. From the main screen, tap the three-bar icon in the upper left corner, tap Cameras, and then hit the Doorbell tab to launch a live stream that you can view in full-screen mode by turning your phone sideways. At the bottom of the screen is a microphone button for two-way audio communication with whoever is at the door. Back at the Cameras screen, tap the gear icon to access the Settings page where you can enable motion detection and set motion sensitivity, enable motion and doorbell ring notifications, change Wi-Fi settings, and turn the doorbell's LED on and off. To view recorded video, go back to the three-bar icon and tap Timeline. Below Timeline are options for activating a new security system and help and support information. https://www.pcmag.com/reviews/simplisafe-video-doorbell-pro |

| U.S. Pat. No. 9,485,478 | Video Doorbell Pro |
|---|---|
| |  https://www.youtube.com/watch?v=KbdcIUjvtWM at 4:48 in video. |

| U.S. Pat. No. 9,485,478 | Video Doorbell Pro |
|---|---|
| | <br><br>https://simplisafe.com/video-doorbell-pro |
| [10.1] The system of claim 9 wherein the computer executes software, in accordance with which, | The Doorbell Pro system comprises the system of claim 9 wherein the computer executes software.<br><br>Complainants believe the Doorbell Pro system requires an intermediate server or other type of computer that facilitates transmission of the audio and video between the SimpliSafe app and the Doorbell Pro. Complainants will require additional discovery into the exact nature of the underlying protocol used and reserves its right to amend these disclosures based on such discovery. |
| [10.2] (i) the association of each of the at last one peripheral device with a respective user is maintained, | The SimpliSafe Video Doorbell system maintains the association of each of the at last one peripheral device with a respective user.<br><br>In order for the server described above in [9.4] to stream video as shown, the server is necessarily maintaining an association of the peripheral device (e.g. a user's smart phone) to a particular |

| U.S. Pat. No. 9,485,478 | Video Doorbell Pro |
|---|---|
| | SimpliSafe Video Doorbell user. For example, the SimpliSafe app allows users to create and maintain an account in the cloud through which the user may set up and manage all SimpliSafe devices:<br><br><br><br>https://simplisafe.com/video-doorbell-pro |

| U.S. Pat. No. 9,485,478 | Video Doorbell Pro |
|---|---|
| | ## What is 2 Step Verification? How does it work?<br><br>At SimpliSafe, we take protecting your information as seriously as we do protecting your home. To help us keep you protected, we implemented 2-Step Verification. This means that any time a new device tries to log in to your SimpliSafe account, the device needs to be verified via email. This means that even if someone knew your email and SimpliSafe password, they still wouldn't be able to access your account without your permission.<br><br>### WHAT DOES 2-STEP VERIFICATION DO?<br><br>When you log in to your SimpliSafe account from a new device or browser, you will receive an email with the subject line *SimpliSafe Account New Device Login*. This email will identify the device that is trying to login, and ask you to verify that this login attempt is from someone you know and trust. To grant a device access, just click the blue "Verify Login" box at the bottom of the email.<br><br>The verification email should arrive shortly after you log in. If you don't see it right away, confirm that you are checking the email you use to log into your SimpliSafe account. You may also want to check your Spam, Trash, or Junk folders. If you have trouble with the link, make sure the email is currently in your inbox. The link expires after 15 minutes, but you can always log in again if time runs out.<br><br>If you find that you need to verify your device every time you log in, the list below can help<br><br>https://support.simplisafe.com/hc/en-us/articles/360040500551-What-is-2-Step-Verification-How-does-it-work-<br><br>Complainants expect discovery to further confirm the claimed association, including, for example, as shown in a relational database, secure repository, and/or other source of data that integrates with the SimpliSafe app. |

| U.S. Pat. No. 9,485,478 | Video Doorbell Pro |
|---|---|
| [10.3] (ii) video data from the wireless device is received by the computer upon actuation of a sensor, and | The Doorbell Pro system's server described in [9.4] receives video data from the wireless device upon actuation of a sensor.<br><br>For example, the user can stream/view/play video captured because the proximity detector was triggered, indicating that the video data from the wireless device is received by the SimpliSafe server:<br><br><br><br>https://simplisafe.com/video-doorbell-pro<br><br>Complainants expect discovery to further confirm that the Doorbell Pro system sends and the SimpliSafe server receives this video data and how it is stored |

| U.S. Pat. No. 9,485,478 | Video Doorbell Pro |
|---|---|
| (iii) a graphical user interface is provided through which video data from the wireless device is accessible by each respective user using at least one peripheral device comprising the cell phone. | The Doorbell Pro system provides a graphical user interface through which video data from the wireless device is accessible by each respective user using at least one peripheral device comprising the cell phone.<br><br>For example:<br><br><br><br>https://play.google.com/store/apps/details?id=com.simplisafe.mobile&hl=en_US&gl=US<br><br>https://apps.apple.com/us/app/simplisafe-home-security-app/id555798051#?platform=iphone |

| U.S. Pat. No. 9,485,478 | Video Doorbell Pro |
|---|---|
|  | This graphical user interface allows the user of the peripheral device (cell phone) to view video of the person at the entrance. For example:<br><br><br><br>https://simplisafe.com/video-doorbell-pro<br><br>Further, upon information and belief, Complainants believe that discovery will show that SimpliSafe can push additional graphic user interface elements and/or updates to the SimpliSafe app. In addition, Complainants also believe that discovery will show that SimpliSafe provides the control icons like the microphone button and end-call button and controls other aspects of the graphical user interface like the aspect ratio and frame rate of the video. Further, Complainants believe that discovery will show that SimpliSafe can load other graphical user interface elements over via HTTP or similar ways after the user installs the app from Google Play or Apple App store. Complainants seek discovery related to these aspects of SimpliSafe's system and reserves its right to amend these initial disclosures based on such discovery. |

| U.S. Pat. No. 9,485,478 | Video Doorbell Pro |
|---|---|
| [11] The system of claim 9 wherein said wireless device comprises a proximity sensor located within the wireless device for detecting the presence of a person. | The Doorbell Camera Pro is a wireless device that has a proximity sensor located within the wireless device for detecting the presence of a person.<br><br><br><br>https://simplisafe.com/video-doorbell-pro |

| U.S. Pat. No. 9,485,478 | Video Doorbell Pro |
|---|---|
| | Detects people. Ignores distractions.<br><br>Unlike other doorbell cameras, Video Doorbell Pro uses two different sensors.[1] One sensor identifies the heat signature of people, another detects human form. You'll only get alerts for things that count.<br><br>✓ Thoughtful motion alerts<br>✓ Dual-sensor trigger<br>✓ Ignores motion from cars<br><br>https://simplisafe.com/video-doorbell-pro |
| [17] The system of claim 9 wherein said computer is a server. | The Doorbell Pro system can include a server configured for wireless communication with the wireless device to receive digital real-time digital streaming video data.<br><br>For example, after installation of the Doorbell Pro the user is instructed to download a software application, the SimpliSafe app, from a server to the user's Apple iOS or Android cell phone. |

| U.S. Pat. No. 9,485,478 | Video Doorbell Pro |
|---|---|
| |  https://simplisafe.com/video-doorbell-pro<br><br>In addition, the Video Doorbell Pro requires:<br><br>• A WiFi connection<br>  • The wireless router must be capable of broadcasting at 2.4GHz and with an active Internet connection to stream video. Most networks fulfill this requirement.<br>• An iOS or Android smartphone for setup<br>  • Once installed, the camera can be viewed through a web browser as well<br>https://support.simplisafe.com/hc/en-us/articles/360035706791-Requirements |

| U.S. Pat. No. 9,485,478 | Video Doorbell Pro |
|---|---|
| | **9**<br><br>**NOW IT'S TIME TO SETUP YOUR WIFI**<br><br>Open the SimpliSafe app on your mobile device and navigate to "set up my SimpliCam" to finish installing.<br><br>https://support.simplisafe.com/hc/en-us/articles/360029485732-Installation-Guide-for-Video-Doorbell-Pro<br><br>Utilizing a server, the Doorbell Pro can transmit real time video via Wi-Fi to the SimpliSafe app on the user's cell-phone. |

| U.S. Pat. No. 9,485,478 | Video Doorbell Pro |
|---|---|
| | **Flawless Streaming**<br><br>Ultra-clear video takes more than just HD. Doorbell Pro's secret sauce is its compression. Our engineers developed a "variable bitrate compression algorithm," which is a geeky way of saying that with Doorbell Pro you get crystal clear HD video that loads quickly and plays smooth.<br><br>https://simplisafe.com/video-doorbell-pro<br><br>**Live Streaming**<br><br>Live streaming is available for all customers and does not require a subscription.<br><br>https://support.simplisafe.com/hc/en-us/articles/360035333612-Live-Streaming |

| U.S. Pat. No. 9,485,478 | Video Doorbell Pro |
|---|---|
| | The SimpliSafe Doorbell Pro uses the same Android and iOS mobile app as the company's home security system. From the main screen, tap the three-bar icon in the upper left corner, tap Cameras, and then hit the Doorbell tab to launch a live stream that you can view in full-screen mode by turning your phone sideways. At the bottom of the screen is a microphone button for two-way audio communication with whoever is at the door. Back at the Cameras screen, tap the gear icon to access the Settings page where you can enable motion detection and set motion sensitivity, enable motion and doorbell ring notifications, change Wi-Fi settings, and turn the doorbell's LED on and off. To view recorded video, go back to the three-bar icon and tap Timeline. Below Timeline are options for activating a new security system and help and support information. https://www.pcmag.com/reviews/simplisafe-video-doorbell-pro |

| U.S. Pat. No. 9,485,478 | Video Doorbell Pro |
|---|---|
| | <br>https://www.youtube.com/watch?v=KbdcIUjvtWM at 4:48 in video. |

| U.S. Pat. No. 9,485,478 | Video Doorbell Pro |
|---|---|
| |  https://simplisafe.com/video-doorbell-pro |