# EXHIBIT M

**Claim Chart for U.S. Patent No. 9,432,638**
**COMMUNICATION AND MONITORING SYSTEM**

**Claim 6**

The SimpliSafe Doorbell Pro and all other similar devices provided by SimpliSafe (collectively, the "Doorbell Pro") infringes at least the claims charted below of United States Patent No. 9,432,638 (the "'638 Patent"), entitled "Communication and Monitoring System," under 35 U.S.C. § 271(a), either literally or under the doctrine of equivalents. In addition, SimpliSafe indirectly infringes the '638 Patent under sections 271(b) and/or 271(c) by instructing, directing, and/or enabling others, including its customers, purchasers, users and developers, alone, or in combination to use the SimpliSafe Doorbell Pro and/or perform all or some of the steps recited in the claims of the '638 patent, either literally or under the doctrine of equivalents, and by providing a material or apparatus for use in a patented process, when such material or apparatus is especially adapted for use in the infringement of the '638 patent, and is not a staple article or commodity of commerce suitable for substantial non-infringing use.

| U.S. Pat. No. 9,432,638 | Video Doorbell Pro |
|---|---|
| [6.1] A detection and viewing system comprising: | To the extent the preamble is limiting, the Camera Pro is a detection and viewing system. |

| U.S. Pat. No. 9,432,638 | Video Doorbell Pro |
|---|---|
| |  https://simplisafe.com/video-doorbell-pro |

| U.S. Pat. No. 9,432,638 | Video Doorbell Pro |
|---|---|
| | <br>https://simplisafe.com/video-doorbell-pro |

| U.S. Pat. No. 9,432,638 | Video Doorbell Pro |
|---|---|
| | https://simplisafe.com/video-doorbell-pro |

| U.S. Pat. No. 9,432,638 | Video Doorbell Pro |
|---|---|
| |  https://simplisafe.com/video-doorbell-pro <br><br> To the extent the preamble of claim 6 is limiting, the Camera Pro is a detection and viewing system. |
| [6.2] an exterior device located proximate a door comprising a camera, a microphone, a speaker, an RF receiver, an RF transmitter, a proximity detector, and a keypad comprising one or more buttons operable to wirelessly transmit | The Camera Pro has an exterior device located proximate a door comprising a camera, a microphone, a speaker, an RF receiver, an RF transmitter, a proximity detector, and a keypad comprising one or more buttons operable to wirelessly transmit streaming video data after the keypad is pressed by a person at the door. <br><br> The Camera Pro is placed or mounted near a door. |

| U.S. Pat. No. 9,432,638 | Video Doorbell Pro |
|---|---|
| streaming video data after the keypad is pressed by a person at the door; | https://simplisafe.com/video-doorbell-pro<br><br>The Camera Pro has a camera, a microphone, a speaker, an RF receiver, an RF transmitter, a proximity detector, and a keypad comprising one or more buttons operable. |

| U.S. Pat. No. 9,432,638 | Video Doorbell Pro |
|---|---|
| | https://simplisafe.com/video-doorbell-pro |

| U.S. Pat. No. 9,432,638 | Video Doorbell Pro |
| --- | --- |
| | <br>https://apps.fcc.gov/eas/GetApplicationAttachment.html?calledFromFrame=Y&id=4014404 |

| U.S. Pat. No. 9,432,638 | Video Doorbell Pro |
|---|---|
| | <br>https://apps.fcc.gov/eas/GetApplicationAttachment.html?calledFromFrame=Y&id=4014404<br>(AP6212 WI-FI/BT SIP MODULE) |

| U.S. Pat. No. 9,432,638 | Video Doorbell Pro |
|---|---|
| | When a person comes to the door and presses the doorbell button, the Camera Pro can wirelessly transmit video to a user's cell phone.<br><br><br><br>https://simplisafe.com/video-doorbell-pro |

| U.S. Pat. No. 9,432,638 | Video Doorbell Pro |
|---|---|
| | <br>https://simplisafe.com/video-doorbell-pro |
| [6.3] a software application running on at least one peripheral device, wherein each of said at least one peripheral device is associated with a respective user | The Camera Pro system includes a software application running on at least one peripheral device, wherein each of said at least one peripheral device is associated with a respective user.<br><br>After installation of the Camera Pro the user is instructed to download a software application, the SimpliSafe app, to the user's Apple iOS or Android cell phone. |

| U.S. Pat. No. 9,432,638 | Video Doorbell Pro |
|---|---|
| |  https://simplisafe.com/video-doorbell-pro<br><br>In addition, the Video Doorbell Pro requires:<br><br>• A WiFi connection<br>  • The wireless router must be capable of broadcasting at 2.4GHz and with an active Internet connection to stream video. Most networks fulfill this requirement.<br>• An iOS or Android smartphone for setup<br>  • Once installed, the camera can be viewed through a web browser as well<br>https://support.simplisafe.com/hc/en-us/articles/360035706791-Requirements |

| U.S. Pat. No. 9,432,638 | Video Doorbell Pro |
|---|---|
| | **9**<br><br>**NOW IT'S TIME TO SETUP YOUR WIFI**<br><br>Open the SimpliSafe app on your mobile device and navigate to "set up my SimpliCam" to finish installing.<br><br>Download on the App Store<br><br>GET IT ON Google Play<br><br>https://support.simplisafe.com/hc/en-us/articles/360029485732-Installation-Guide-for-Video-Doorbell-Pro |
| [6.4] a computer configured for wireless communication with the exterior device to receive digital video data, wherein said computer is | The Camera Pro system includes a computer configured for wireless communication with the exterior device to receive digital video data, wherein said computer is configured for communication with each of said at least one peripheral device to transmit the digital video data to said at least one peripheral device. |

| U.S. Pat. No. 9,432,638 | Video Doorbell Pro |
|---|---|
| configured for communication with each of said at least one peripheral device to transmit the digital video data to said at least one peripheral device; | After installation of the Camera Pro the user is instructed to download a software application, the SimpliSafe app, to the user's Apple iOS or Android cell phone.<br><br><br><br>https://simplisafe.com/video-doorbell-pro<br><br>In addition, the Video Doorbell Pro requires:<br><br>• A WiFi connection<br>  • The wireless router must be capable of broadcasting at 2.4GHz and with an active Internet connection to stream video. Most networks fulfill this requirement.<br>• An iOS or Android smartphone for setup<br>  • Once installed, the camera can be viewed through a web browser as well<br>https://support.simplisafe.com/hc/en-us/articles/360035706791-Requirements |

| U.S. Pat. No. 9,432,638 | Video Doorbell Pro |
|---|---|
|  | **9**<br><br>**NOW IT'S TIME TO SETUP YOUR WIFI**<br><br>Open the SimpliSafe app on your mobile device and navigate to "set up my SimpliCam" to finish installing.<br><br>[Download on the App Store]<br><br>[GET IT ON Google Play]<br><br>https://support.simplisafe.com/hc/en-us/articles/360029485732-Installation-Guide-for-Video-Doorbell-Pro<br><br>The Camera Pro can transmit real time video via Wi-Fi to the SimpliSafe app on the user's cell-phone. |

| U.S. Pat. No. 9,432,638 | Video Doorbell Pro |
|---|---|
|  | <br>https://simplisafe.com/video-doorbell-pro |

| U.S. Pat. No. 9,432,638 | Video Doorbell Pro |
|---|---|
| |  https://apps.fcc.gov/eas/GetApplicationAttachment.html?calledFromFrame=Y&id=4014404 |

| U.S. Pat. No. 9,432,638 | Video Doorbell Pro |
|---|---|
|  |  https://apps.fcc.gov/eas/GetApplicationAttachment.html?calledFromFrame=Y&id=4014404 (AP6212 WI-FI/BT SIP MODULE) |

| U.S. Pat. No. 9,432,638 | Video Doorbell Pro |
| --- | --- |
| | Flawless Streaming<br><br>Ultra-clear video takes more than just HD. Doorbell Pro's secret sauce is its compression. Our engineers developed a "variable bitrate compression algorithm," which is a geeky way of saying that with Doorbell Pro you get crystal clear HD video that loads quickly and plays smooth.<br><br>https://simplisafe.com/video-doorbell-pro |

| U.S. Pat. No. 9,432,638 | Video Doorbell Pro |
|---|---|
| |  https://www.youtube.com/watch?v=KbdcIUjvtWM at 4:48 in video. |

| U.S. Pat. No. 9,432,638 | Video Doorbell Pro |
|---|---|
| | <br><br>https://simplisafe.com/video-doorbell-pro |
| [6.5] and wherein said at least one peripheral device comprises a cellular phone and is configured to display the video transmitted wirelessly by the camera, receive a message from the person transmitted wirelessly by the camera, | The Camera Pro system includes at least one peripheral device comprises a cellular phone and is configured to display the video transmitted wirelessly by the camera, receive a message from the person transmitted wirelessly by the camera, receive and display an alert transmitted wirelessly from the exterior device after pressing of the keypad by the person to the user, and speaking with the person at the door using the software application running on the cellular phone.<br><br>After installation of the Camera Pro the user is instructed to download a software application, the SimpliSafe app, to the user's Apple iOS or Android cell phone. |

| U.S. Pat. No. 9,432,638 | Video Doorbell Pro |
|---|---|
| receive and display an alert transmitted wirelessly from the exterior device after pressing of the keypad by the person to the user, and speaking with the person at the door using the software application running on the cellular phone. | <br><br>https://simplisafe.com/video-doorbell-pro<br><br>In addition, the Video Doorbell Pro requires:<br><br>• A WiFi connection<br>  • The wireless router must be capable of broadcasting at 2.4GHz and with an active Internet connection to stream video. Most networks fulfill this requirement.<br>• An iOS or Android smartphone for setup<br>  • Once installed, the camera can be viewed through a web browser as well<br>https://support.simplisafe.com/hc/en-us/articles/360035706791-Requirements |

| U.S. Pat. No. 9,432,638 | Video Doorbell Pro |
|---|---|
| | **9**<br><br>**NOW IT'S TIME TO SETUP YOUR WIFI**<br><br>Open the SimpliSafe app on your mobile device and navigate to "set up my SimpliCam" to finish installing.<br><br>https://support.simplisafe.com/hc/en-us/articles/360029485732-Installation-Guide-for-Video-Doorbell-Pro<br><br>When a person presses the doorbell the Camera Pro can send an alert or notification via the SimpliSafe app on the user's cell phone that the person rang the doorbell. |

| U.S. Pat. No. 9,432,638 | Video Doorbell Pro |
|---|---|
| |  |

Inside the Video Doorbell Pro cell:

## Doorbell Notifications

Video Doorbell Pro will issue notifications to you when someone presses the doorbell button and when the camera detects motion.

You can change the notification settings for both detected motion and a doorbell button press. Learn more here.

https://support.simplisafe.com/hc/en-us/articles/360035333172-Doorbell-Notifications

> **SIMPLISAFE**          5:32pm
> **Doorbell Pro**
> Motion detected at your Front Door

> **SIMPLISAFE**          5:34pm
> **Doorbell Pro**
> Someone rang the bell at your Front Door

https://simplisafe.com/video-doorbell-pro

| U.S. Pat. No. 9,432,638 | Video Doorbell Pro |
|---|---|
| | https://www.youtube.com/watch?v=KbdcIUjvtWM at 6:18 of video. |

| U.S. Pat. No. 9,432,638 | Video Doorbell Pro |
|---|---|
|  | The Camera Pro can transmit real time video via Wi-Fi to the SimpliSafe app on the user's cell-phone.<br><br><br><br>https://simplisafe.com/video-doorbell-pro |

| U.S. Pat. No. 9,432,638 | Video Doorbell Pro |
|---|---|
|  |  Ultra-clear video takes more than just HD. Doorbell Pro's secret sauce is its compression. Our engineers developed a "variable bitrate compression algorithm," which is a geeky way of saying that with Doorbell Pro you get crystal clear HD video that loads quickly and plays smooth. https://simplisafe.com/video-doorbell-pro |

| U.S. Pat. No. 9,432,638 | Video Doorbell Pro |
|---|---|
| |  https://www.youtube.com/watch?v=KbdcIUjvtWM at 4:48 in video. |

| U.S. Pat. No. 9,432,638 | Video Doorbell Pro |
|---|---|
| | <br><br>https://simplisafe.com/video-doorbell-pro<br><br>The Camera Pro can also transmit real time audio via Wi-Fi to the SimpliSafe app on the user's cell-phone to enable 2-way talking between the user and the person at the door. |

| U.S. Pat. No. 9,432,638 | Video Doorbell Pro |
|---|---|
| |  https://simplisafe.com/video-doorbell-pro |

| U.S. Pat. No. 9,432,638 | Video Doorbell Pro |
|---|---|
| | ## How to use the Video Doorbell's 2-Way Audio<br><br>**HOW TO USE**<br><br>Two-way audio works on all cameras in the SimpliSafe system.<br><br>- To speak, hold down the microphone button while viewing the livestream<br>- To listen, release the microphone button to hear audio from the camera<br>- **You will not be able to hear** the audio while holding down the microphone button<br><br>https://support.simplisafe.com/hc/en-us/articles/360029810471-How-to-use-the-Video-Doorbell-s-2-Way-Audio |

| U.S. Pat. No. 9,432,638 | Video Doorbell Pro |
|---|---|
|  |  https://www.youtube.com/watch?v=KbdcIUjvtWM at 4:48 in video. |