# EXHIBIT N

**Claim Chart for U.S. Patent No. 10,523,906**
**COMMUNICATION AND MONITORING SYSTEM**

**Claims 9, 13, and 18**

The SimpliSafe Video Doorbell Pro and all other similar devices provided by SimpliSafe (collectively, the "Doorbell Pro") infringes at least the claims charted below of United States Patent No. 10,523,906 (the "'906 Patent"), entitled "Communication and Monitoring System," under 35 U.S.C. § 271(a), either literally or under the doctrine of equivalents. In addition, SimpliSafe indirectly infringes the '906 Patent under sections 271(b) and/or 271(c) by instructing, directing, and/or enabling others, including its customers, purchasers, users and developers, alone, or in combination to use the SimpliSafe Doorbell Pro and/or perform all or some of the steps recited in the claims of the '906 patent, either literally or under the doctrine of equivalents, and by providing a material or apparatus for use in a patented process, when such material or apparatus is especially adapted for use in the infringement of the '906 patent, and is not a staple article or commodity of commerce suitable for substantial non-infringing use.

| U.S. Pat. No. 10,523,906 | Video Doorbell Pro |
|---|---|
| [9.1] A detection and viewing system associated with an entrance comprising: | To the extent the preamble is limiting, the Doorbell Pro is a detection and viewing system associated with an entrance. |

These disclosures are based upon Complainants' present understanding of the meaning and scope of the claims of U.S. Patent No. 10,523,906. Complainants reserve the right to seek leave to supplement or amend these disclosures based on further construction of these claims or based on facts revealed during discovery or both.

| U.S. Pat. No. 10,523,906 | Video Doorbell Pro |
|---|---|
| |  https://simplisafe.com/video-doorbell-pro |

These disclosures are based upon Complainants' present understanding of the meaning and scope of the claims of U.S. Patent No. 10,523,906. Complainants reserve the right to seek leave to supplement or amend these disclosures based on further construction of these claims or based on facts revealed during discovery or both.

| U.S. Pat. No. 10,523,906 | Video Doorbell Pro |
|---|---|
| |  https://simplisafe.com/video-doorbell-pro <br><br> To the extent the preamble of claim 9 is limiting, the Doorbell Pro enables receiving a person at an entrance in accordance with the method of claim 9 at least as explained below. |
| [9.2] an exterior device comprising: a camera; a microphone; a speaker; a motion detector; and | The Doorbell Pro has an exterior device, or video doorbell device, that is placed or mounted on the exterior of an entrance. |

These disclosures are based upon Complainants' present understanding of the meaning and scope of the claims of U.S. Patent No. 10,523,906. Complainants reserve the right to seek leave to supplement or amend these disclosures based on further construction of these claims or based on facts revealed during discovery or both.

3

| U.S. Pat. No. 10,523,906 | Video Doorbell Pro |
|---|---|
| one or more buttons, | <br><br>https://simplisafe.com/video-doorbell-pro<br><br>The Doorbell Pro has a camera; a microphone; a speaker; a motion detector; and a keypad having one or more buttons. |

These disclosures are based upon Complainants' present understanding of the meaning and scope of the claims of U.S. Patent No. 10,523,906. Complainants reserve the right to seek leave to supplement or amend these disclosures based on further construction of these claims or based on facts revealed during discovery or both.

| U.S. Pat. No. 10,523,906 | Video Doorbell Pro |
|---|---|
| |  https://simplisafe.com/video-doorbell-pro |
| [9.3] wherein the exterior device is capable of wirelessly transmitting digital streaming video, | The Doorbell Pro is capable of wirelessly transmitting digital streaming video.<br><br>The Doorbell Pro can transmit real time video via Wi-Fi to the SimpliSafe app on the user's cell-phone. |

These disclosures are based upon Complainants' present understanding of the meaning and scope of the claims of U.S. Patent No. 10,523,906. Complainants reserve the right to seek leave to supplement or amend these disclosures based on further construction of these claims or based on facts revealed during discovery or both.

| U.S. Pat. No. 10,523,906 | Video Doorbell Pro |
|---|---|
| | **Flawless Streaming**<br><br>Ultra-clear video takes more than just HD. Doorbell Pro's secret sauce is its compression. Our engineers developed a "variable bitrate compression algorithm," which is a geeky way of saying that with Doorbell Pro you get crystal clear HD video that loads quickly and plays smooth.<br><br>https://simplisafe.com/video-doorbell-pro |

These disclosures are based upon Complainants' present understanding of the meaning and scope of the claims of U.S. Patent No. 10,523,906. Complainants reserve the right to seek leave to supplement or amend these disclosures based on further construction of these claims or based on facts revealed during discovery or both.

| U.S. Pat. No. 10,523,906 | Video Doorbell Pro |
|---|---|
| |  https://www.youtube.com/watch?v=KbdcIUjvtWM at 4:52 in video. |

These disclosures are based upon Complainants' present understanding of the meaning and scope of the claims of U.S. Patent No. 10,523,906. Complainants reserve the right to seek leave to supplement or amend these disclosures based on further construction of these claims or based on facts revealed during discovery or both.

| U.S. Pat. No. 10,523,906 | Video Doorbell Pro |
|---|---|
| |  https://simplisafe.com/video-doorbell-pro |
| [9.4] wherein the exterior device is capable of wirelessly transmitting digital audio, | The Doorbell Pro is capable of wirelessly transmitting digital audio. The Doorbell Pro can transmit digital audio via Wi-Fi to the SimpliSafe app on the user's cell-phone. |

These disclosures are based upon Complainants' present understanding of the meaning and scope of the claims of U.S. Patent No. 10,523,906. Complainants reserve the right to seek leave to supplement or amend these disclosures based on further construction of these claims or based on facts revealed during discovery or both.

| U.S. Pat. No. 10,523,906 | Video Doorbell Pro |
|---|---|
| | How to use the Video Doorbell's 2-Way Audio<br><br>**HOW TO USE**<br><br>Two-way audio works on all cameras in the SimpliSafe system.<br><br>• To speak, hold down the microphone button while viewing the livestream<br>• To listen, release the microphone button to hear audio from the camera<br>• **You will not be able to hear** the audio while holding down the microphone button<br><br>https://support.simplisafe.com/hc/en-us/articles/360029810471-How-to-use-the-Video-Doorbell-s-2-Way-Audio |
| [9.5] wherein the exterior device is capable of receiving the digital audio from a peripheral device, | The Doorbell Pro is capable of receiving the digital audio from a peripheral device.<br><br>After installation of the Doorbell Pro the user is instructed to download a software application, the SimpliSafe app, to the user's Apple iOS or Android cell phone. |

These disclosures are based upon Complainants' present understanding of the meaning and scope of the claims of U.S. Patent No. 10,523,906. Complainants reserve the right to seek leave to supplement or amend these disclosures based on further construction of these claims or based on facts revealed during discovery or both.

| U.S. Pat. No. 10,523,906 | Video Doorbell Pro |
|---|---|
| | 

https://simplisafe.com/video-doorbell-pro

In addition, the Video Doorbell Pro requires:

- A WiFi connection
  - The wireless router must be capable of broadcasting at 2.4GHz and with an active Internet connection to stream video. Most networks fulfill this requirement.
- An iOS or Android smartphone for setup
  - Once installed, the camera can be viewed through a web browser as well

https://support.simplisafe.com/hc/en-us/articles/360035706791-Requirements |

These disclosures are based upon Complainants' present understanding of the meaning and scope of the claims of U.S. Patent No. 10,523,906. Complainants reserve the right to seek leave to supplement or amend these disclosures based on further construction of these claims or based on facts revealed during discovery or both.

| U.S. Pat. No. 10,523,906 | Video Doorbell Pro |
|---|---|
| | **9**<br><br>**NOW IT'S TIME TO SETUP YOUR WIFI**<br><br>Open the SimpliSafe app on your mobile device and navigate to "set up my SimpliCam" to finish installing.<br><br>https://support.simplisafe.com/hc/en-us/articles/360029485732-Installation-Guide-for-Video-Doorbell-Pro<br><br>The Doorbell Pro's motion detector will detect when a person has approached the entrance associated with the user. |

These disclosures are based upon Complainants' present understanding of the meaning and scope of the claims of U.S. Patent No. 10,523,906. Complainants reserve the right to seek leave to supplement or amend these disclosures based on further construction of these claims or based on facts revealed during discovery or both.

| U.S. Pat. No. 10,523,906 | Video Doorbell Pro |
|---|---|
| | <br>https://simplisafe.com/video-doorbell-pro |

These disclosures are based upon Complainants' present understanding of the meaning and scope of the claims of U.S. Patent No. 10,523,906. Complainants reserve the right to seek leave to supplement or amend these disclosures based on further construction of these claims or based on facts revealed during discovery or both.

| U.S. Pat. No. 10,523,906 | Video Doorbell Pro |
|---|---|
|  | Detects people. Ignores distractions. |

Unlike other doorbell cameras, Video Doorbell Pro uses two different sensors.[1] One sensor identifies the heat signature of people, another detects human form. You'll only get alerts for things that count.

✓ **Thoughtful motion alerts**
✓ **Dual-sensor trigger**
✓ **Ignores motion from cars**

https://simplisafe.com/video-doorbell-pro

After a person is detected at the entrance, the Doorbell Pro can transmit audio to enable 2-way audio communication via the Internet and Wi-Fi between the person at the entrance and the SimpliSafe app on the user's cell phone.

How to use the Video Doorbell's 2-Way Audio

**HOW TO USE**

Two-way audio works on all cameras in the SimpliSafe system.

- To speak, hold down the microphone button while viewing the livestream
- To listen, release the microphone button to hear audio from the camera
- **You will not be able to hear** the audio while holding down the microphone button

These disclosures are based upon Complainants' present understanding of the meaning and scope of the claims of U.S. Patent No. 10,523,906. Complainants reserve the right to seek leave to supplement or amend these disclosures based on further construction of these claims or based on facts revealed during discovery or both.

| U.S. Pat. No. 10,523,906 | Video Doorbell Pro |
| --- | --- |
| | https://support.simplisafe.com/hc/en-us/articles/360029810471-How-to-use-the-Video-Doorbell-s-2-Way-Audio |

These disclosures are based upon Complainants' present understanding of the meaning and scope of the claims of U.S. Patent No. 10,523,906. Complainants reserve the right to seek leave to supplement or amend these disclosures based on further construction of these claims or based on facts revealed during discovery or both.

| U.S. Pat. No. 10,523,906 | Video Doorbell Pro |
|---|---|
| |  https://www.youtube.com/watch?v=KbdcIUjvtWM at 4:48 in video. |

These disclosures are based upon Complainants' present understanding of the meaning and scope of the claims of U.S. Patent No. 10,523,906. Complainants reserve the right to seek leave to supplement or amend these disclosures based on further construction of these claims or based on facts revealed during discovery or both.

| U.S. Pat. No. 10,523,906 | Video Doorbell Pro |
|---|---|
| [9.6] wherein the exterior device is capable of playing the digital audio received from the peripheral device through the speaker of the exterior device, | The Doorbell Pro is capable of playing the digital audio received from the peripheral device through the speaker.<br><br>For example, the user engages in 2-way audio communication with the person at the entrance where the Doorbell Pro is located by holding down the microphone button icon that is displayed on the SimpliSafe app.<br><br>How to use the Video Doorbell's 2-Way Audio<br><br>**HOW TO USE**<br><br>Two-way audio works on all cameras in the SimpliSafe system.<br><br>• To speak, hold down the microphone button while viewing the livestream<br>• To listen, release the microphone button to hear audio from the camera<br>• **You will not be able to hear** the audio while holding down the microphone button<br><br>https://support.simplisafe.com/hc/en-us/articles/360029810471-How-to-use-the-Video-Doorbell-s-2-Way-Audio |

These disclosures are based upon Complainants' present understanding of the meaning and scope of the claims of U.S. Patent No. 10,523,906. Complainants reserve the right to seek leave to supplement or amend these disclosures based on further construction of these claims or based on facts revealed during discovery or both.

| U.S. Pat. No. 10,523,906 | Video Doorbell Pro |
|---|---|
| |  https://www.youtube.com/watch?v=KbdcIUjvtWM at 4:48 in video. |

These disclosures are based upon Complainants' present understanding of the meaning and scope of the claims of U.S. Patent No. 10,523,906. Complainants reserve the right to seek leave to supplement or amend these disclosures based on further construction of these claims or based on facts revealed during discovery or both.

| U.S. Pat. No. 10,523,906 | Video Doorbell Pro |
|---|---|
| | The audio is played for the person at the entrance through a speaker on the Doorbell Pro.  https://simplisafe.com/video-doorbell-pro |
| [9.7] wherein the exterior device is capable of operating in at least one low light condition, | The Doorbell Pro is capable of operating in at least one low light conditions. For example, the Doorbell Pro will emit infrared light to maximize the visibility of the camera to allow system operation during low-light or nighttime. |

These disclosures are based upon Complainants' present understanding of the meaning and scope of the claims of U.S. Patent No. 10,523,906. Complainants reserve the right to seek leave to supplement or amend these disclosures based on further construction of these claims or based on facts revealed during discovery or both.

| U.S. Pat. No. 10,523,906 | Video Doorbell Pro |
|---|---|
| | **Night Vision**<br><br>During night time, the Video Doorbell Pro will emit infrared light to maximize the visibility in the picture.<br><br>Night vision can be adjusted in the settings. Learn more here.<br><br>https://support.simplisafe.com/hc/en-us/articles/360035333392-Night-Vision |
| [9.8] wherein the exterior device comprises an antenna for transmission of the digital streaming video, | The Doorbell Pro has an antenna for transmission of the digital streaming video.<br><br>For example, the Doorbell Pro has an antenna for transmitting digital streaming video via WiFi. |

These disclosures are based upon Complainants' present understanding of the meaning and scope of the claims of U.S. Patent No. 10,523,906. Complainants reserve the right to seek leave to supplement or amend these disclosures based on further construction of these claims or based on facts revealed during discovery or both.

| U.S. Pat. No. 10,523,906 | Video Doorbell Pro |
|---|---|
| |  https://simplisafe.com/video-doorbell-pro |

These disclosures are based upon Complainants' present understanding of the meaning and scope of the claims of U.S. Patent No. 10,523,906. Complainants reserve the right to seek leave to supplement or amend these disclosures based on further construction of these claims or based on facts revealed during discovery or both.

| U.S. Pat. No. 10,523,906 | Video Doorbell Pro |
|---|---|
| |  https://apps.fcc.gov/eas/GetApplicationAttachment.html?calledFromFrame=Y&id=4014404 |

These disclosures are based upon Complainants' present understanding of the meaning and scope of the claims of U.S. Patent No. 10,523,906. Complainants reserve the right to seek leave to supplement or amend these disclosures based on further construction of these claims or based on facts revealed during discovery or both.

| U.S. Pat. No. 10,523,906 | Video Doorbell Pro |
|---|---|
| |  https://apps.fcc.gov/eas/GetApplicationAttachment.html?calledFromFrame=Y&id=4014404 (AP6212 WI-FI/BT SIP MODULE) |

These disclosures are based upon Complainants' present understanding of the meaning and scope of the claims of U.S. Patent No. 10,523,906. Complainants reserve the right to seek leave to supplement or amend these disclosures based on further construction of these claims or based on facts revealed during discovery or both.

| U.S. Pat. No. 10,523,906 | Video Doorbell Pro |
|---|---|
| | Flawless Streaming<br><br>Ultra-clear video takes more than just HD. Doorbell Pro's secret sauce is its compression. Our engineers developed a "variable bitrate compression algorithm," which is a geeky way of saying that with Doorbell Pro you get crystal clear HD video that loads quickly and plays smooth.<br><br>https://simplisafe.com/video-doorbell-pro |

These disclosures are based upon Complainants' present understanding of the meaning and scope of the claims of U.S. Patent No. 10,523,906. Complainants reserve the right to seek leave to supplement or amend these disclosures based on further construction of these claims or based on facts revealed during discovery or both.

| U.S. Pat. No. 10,523,906 | Video Doorbell Pro |
|---|---|
|  |  https://www.youtube.com/watch?v=KbdcIUjvtWM at 4:48 in video. |

These disclosures are based upon Complainants' present understanding of the meaning and scope of the claims of U.S. Patent No. 10,523,906. Complainants reserve the right to seek leave to supplement or amend these disclosures based on further construction of these claims or based on facts revealed during discovery or both.

| U.S. Pat. No. 10,523,906 | Video Doorbell Pro |
|---|---|
| [9.9] wherein the system is capable of encrypting the digital streaming video or the digital audio, | The Doorbell Pro system is capable of encrypting the digital streaming video or the digital audio.<br><br>23. **Is the SimpliSafe system secure?**<br><br>SimpliSafe uses end-to-end encoding, 256-bit encryption, and SSL security certification to keep your data safe. These industry-leading security measures are robust and designed to stop hackers from using home security data for malicious purposes.<br><br>https://www.security.org/home-security-systems/simplisafe/faqs/<br><br>• All communication between the base station, the app and our indoor and outdoor cameras -- whether it happens via Wi-Fi or via cellular signal -- is encrypted.<br><br>https://www.cnet.com/news/home-security-systems-video-doorbells-user-privacy-data-security-abode-adt-comcast-nest-ring-simplisafe/ |
| [9.10] wherein the exterior device is capable of receiving a request to change a sensitivity of the motion detector, | The Doorbell Pro is capable of receiving a request to change a sensitivity of the motion detector.<br><br>The SimpliSafe app allows the user to adjust the sensitivity of the proximity or motion detector. |

These disclosures are based upon Complainants' present understanding of the meaning and scope of the claims of U.S. Patent No. 10,523,906. Complainants reserve the right to seek leave to supplement or amend these disclosures based on further construction of these claims or based on facts revealed during discovery or both.

| U.S. Pat. No. 10,523,906 | Video Doorbell Pro |
|---|---|
| |  https://www.youtube.com/watch?v=KbdcIUjvtWM at 6:18 of video. |

These disclosures are based upon Complainants' present understanding of the meaning and scope of the claims of U.S. Patent No. 10,523,906. Complainants reserve the right to seek leave to supplement or amend these disclosures based on further construction of these claims or based on facts revealed during discovery or both.

| U.S. Pat. No. 10,523,906 | Video Doorbell Pro | | | |
|---|---|---|---|---|

| Setting | Explanation | Setting Options | Default Value |
|---|---|---|---|
| *Motion Detection*: Motion Events | Allows you to turn Motion Detection on or off. | On Off | On |
| *Motion Detection*: Motion Notification | Determines whether you will receive push notifications for motion events for your smartphone. | Off On | On |
| *Motion Detection*: Sensitivity (DAY) | Determines the sensitivity of detecting general movements during the day. This affects both notifications and automatic recordings. | Low Medium High | Medium |
| *Motion Detection*: Sensitivity (NIGHT) | Determines the sensitivity of detecting general movements during at night. This affects both notifications and automatic recordings. | Low Medium High | Medium |
| *Motion Detection*: Motion Type | Allows you to determine whether to focus on the movement of people or all types of movement. | People Only All Motion | People Only |

https://support.simplisafe.com/hc/en-us/articles/360029808731-How-do-I-change-my-doorbell-s-settings-

These disclosures are based upon Complainants' present understanding of the meaning and scope of the claims of U.S. Patent No. 10,523,906. Complainants reserve the right to seek leave to supplement or amend these disclosures based on further construction of these claims or based on facts revealed during discovery or both.

| U.S. Pat. No. 10,523,906 | Video Doorbell Pro |
|---|---|
| [9.11] wherein the exterior device is capable of modifying the sensitivity of the motion detector upon receiving the request to do so; and | The Doorbell Pro is capable of modifying the sensitivity of the motion detector upon receiving the request to do so.<br><br>The SimpliSafe app allows the user to adjust the sensitivity of the proximity or motion detector. |

These disclosures are based upon Complainants' present understanding of the meaning and scope of the claims of U.S. Patent No. 10,523,906. Complainants reserve the right to seek leave to supplement or amend these disclosures based on further construction of these claims or based on facts revealed during discovery or both.

| U.S. Pat. No. 10,523,906 | Video Doorbell Pro |
|---|---|
| |  https://www.youtube.com/watch?v=KbdcIUjvtWM at 6:18 of video. |

These disclosures are based upon Complainants' present understanding of the meaning and scope of the claims of U.S. Patent No. 10,523,906. Complainants reserve the right to seek leave to supplement or amend these disclosures based on further construction of these claims or based on facts revealed during discovery or both.

| U.S. Pat. No. 10,523,906 | Video Doorbell Pro | | | |
|---|---|---|---|---|

| Setting | Explanation | Setting Options | Default Value |
|---|---|---|---|
| *Motion Detection*: Motion Events | Allows you to turn Motion Detection on or off. | On Off | On |
| *Motion Detection*: Motion Notification | Determines whether you will receive push notifications for motion events for your smartphone. | Off On | On |
| *Motion Detection*: Sensitivity (DAY) | Determines the sensitivity of detecting general movements during the day. This affects both notifications and automatic recordings. | Low Medium High | Medium |
| *Motion Detection*: Sensitivity (NIGHT) | Determines the sensitivity of detecting general movements during at night. This affects both notifications and automatic recordings. | Low Medium High | Medium |
| *Motion Detection*: Motion Type | Allows you to determine whether to focus on the movement of people or all types of movement. | People Only All Motion | People Only |

https://support.simplisafe.com/hc/en-us/articles/360029808731-How-do-I-change-my-doorbell-s-settings-

These disclosures are based upon Complainants' present understanding of the meaning and scope of the claims of U.S. Patent No. 10,523,906. Complainants reserve the right to seek leave to supplement or amend these disclosures based on further construction of these claims or based on facts revealed during discovery or both.

| U.S. Pat. No. 10,523,906 | Video Doorbell Pro |
|---|---|
| [9.12] a software application that is used with the peripheral device that is operable to: | The Doorbell Pro system includes a software application, the SimpliSafe app, that is used with a peripheral device.  Indeed, downloading the SimpliSafe app is required for installation, connection, and utilization of the system.<br><br><br>https://simplisafe.com/video-doorbell-pro |

These disclosures are based upon Complainants' present understanding of the meaning and scope of the claims of U.S. Patent No. 10,523,906. Complainants reserve the right to seek leave to supplement or amend these disclosures based on further construction of these claims or based on facts revealed during discovery or both.

| U.S. Pat. No. 10,523,906 | Video Doorbell Pro |
|---|---|
| | In addition, the Video Doorbell Pro requires:<br><br>• A WiFi connection<br>    • The wireless router must be capable of broadcasting at 2.4GHz and with an active Internet connection to stream video. Most networks fulfill this requirement.<br>• An iOS or Android smartphone for setup<br>    • Once installed, the camera can be viewed through a web browser as well<br>https://support.simplisafe.com/hc/en-us/articles/360035706791-Requirements<br><br>**9**<br><br>**NOW IT'S TIME TO SETUP YOUR WIFI**<br><br>Open the SimpliSafe app on your mobile device and navigate to "set up my SimpliCam" to finish installing.<br><br>Download on the App Store<br><br>GET IT ON Google Play |

These disclosures are based upon Complainants' present understanding of the meaning and scope of the claims of U.S. Patent No. 10,523,906. Complainants reserve the right to seek leave to supplement or amend these disclosures based on further construction of these claims or based on facts revealed during discovery or both.

| U.S. Pat. No. 10,523,906 | Video Doorbell Pro |
|---|---|
| | https://support.simplisafe.com/hc/en-us/articles/360029485732-Installation-Guide-for-Video-Doorbell-Pro<br><br><br><br>https://play.google.com/store/apps/details?id=com.simplisafe.mobile&hl=en_US |
| [9.13] display one or more icons when the digital streaming video is playing in real time; | The SimpliSafe app display one or more icons when the digital streaming video is playing in real time. |

These disclosures are based upon Complainants' present understanding of the meaning and scope of the claims of U.S. Patent No. 10,523,906. Complainants reserve the right to seek leave to supplement or amend these disclosures based on further construction of these claims or based on facts revealed during discovery or both.

33

| U.S. Pat. No. 10,523,906 | Video Doorbell Pro |
|---|---|
|  | Once a person is detected at the entrance, live video and audio will be transmitted by the Doorbell Pro to the user on the SimpliSafe app.  The graphical interface of the SimpliSafe app includes various icons, including a record button and a microphone button. |

These disclosures are based upon Complainants' present understanding of the meaning and scope of the claims of U.S. Patent No. 10,523,906. Complainants reserve the right to seek leave to supplement or amend these disclosures based on further construction of these claims or based on facts revealed during discovery or both.

| U.S. Pat. No. 10,523,906 | Video Doorbell Pro |
|---|---|
| |  https://www.youtube.com/watch?v=KbdcIUjvtWM at 4:48 in video. |

These disclosures are based upon Complainants' present understanding of the meaning and scope of the claims of U.S. Patent No. 10,523,906. Complainants reserve the right to seek leave to supplement or amend these disclosures based on further construction of these claims or based on facts revealed during discovery or both.

| U.S. Pat. No. 10,523,906 | Video Doorbell Pro |
|---|---|
| | <br><br>https://simplisafe.com/video-doorbell-pro |
| [9.14] allow a user to modify a threshold of the motion detector; and | The SimpliSafe app allows a user to modify a threshold of the motion detector.<br><br>The SimpliSafe app allows the user to adjust the zones or distances in which the proximity or motion sensors will detect activity. For example, a user can set the doorbell to ignore pedestrians walking a certain distance away and only notify the use if people come within a close proximity to the Doorbell Pro. |

These disclosures are based upon Complainants' present understanding of the meaning and scope of the claims of U.S. Patent No. 10,523,906. Complainants reserve the right to seek leave to supplement or amend these disclosures based on further construction of these claims or based on facts revealed during discovery or both.

| U.S. Pat. No. 10,523,906 | Video Doorbell Pro |
|---|---|
| | Doorbell Motion Zones<br><br>The SimpliSafe Video Doorbell comes with the ability to designate motion zones within the cameras view. By default, the camera triggers motion alerts for anything within its **120 degree field of view**. You can set specific areas of the camera's view to ignore motion, allowing you to receive alerts for motion only in areas that you care about.<br><br>For example, you can set your doorbell to ignore pedestrians walking on the sidewalk and only notify you if people approach the door. Setting the motion zone to exclude the sidewalk, street, and public areas can make your motion notifications more reliable. (The motion sensor within the camera has a **motion detection zone of 90 degrees**, from left to right as well as straight out and downward. This cannot be changed.)<br><br>**INSTRUCTIONS:**<br><br>1. To set this up, open the app and click Cameras in the menu.<br>2. Click the gear icon in the upper-right corner. It's light gray, and may be hard to see at first!<br>3. Select your Video Doorbell on the list of cameras and then click Motion Detection.<br>4. Scroll to the bottom where you will see the current doorbell video feed overlaid with a grid. Just click the boxes where motion detection is not important and it will ignore motion in those areas of the video!<br><br>https://support.simplisafe.com/hc/en-us/articles/360037690352-Doorbell-Motion-Zones |
| [9.15] play audio from the exterior device. | The SimpliSafe app plays audio from the Doorbell Pro.<br><br>The user engages in 2-way audio communication with the person at the entrance where the Doorbell Pro is located by holding or releasing the microphone button icon that is displayed on the SimpliSafe app. |

These disclosures are based upon Complainants' present understanding of the meaning and scope of the claims of U.S. Patent No. 10,523,906. Complainants reserve the right to seek leave to supplement or amend these disclosures based on further construction of these claims or based on facts revealed during discovery or both.

| U.S. Pat. No. 10,523,906 | Video Doorbell Pro |
|---|---|
| | ## How to use the Video Doorbell's 2-Way Audio<br><br>**HOW TO USE**<br><br>Two-way audio works on all cameras in the SimpliSafe system.<br><br>- To speak, hold down the microphone button while viewing the livestream<br>- To listen, release the microphone button to hear audio from the camera<br>- **You will not be able to hear** the audio while holding down the microphone button<br><br>https://support.simplisafe.com/hc/en-us/articles/360029810471-How-to-use-the-Video-Doorbell-s-2-Way-Audio |

These disclosures are based upon Complainants' present understanding of the meaning and scope of the claims of U.S. Patent No. 10,523,906. Complainants reserve the right to seek leave to supplement or amend these disclosures based on further construction of these claims or based on facts revealed during discovery or both.

| U.S. Pat. No. 10,523,906 | Video Doorbell Pro |
|---|---|
| |  https://www.youtube.com/watch?v=KbdcIUjvtWM at 4:48 in video. |

These disclosures are based upon Complainants' present understanding of the meaning and scope of the claims of U.S. Patent No. 10,523,906. Complainants reserve the right to seek leave to supplement or amend these disclosures based on further construction of these claims or based on facts revealed during discovery or both.

| U.S. Pat. No. 10,523,906 | Video Doorbell Pro |
|---|---|
| |  https://simplisafe.com/video-doorbell-pro |
| [13.1] A method for using a detection and viewing system comprising: | To the extent the preamble is limiting, Respondent perform a method for using a detection and viewing system. |

These disclosures are based upon Complainants' present understanding of the meaning and scope of the claims of U.S. Patent No. 10,523,906. Complainants reserve the right to seek leave to supplement or amend these disclosures based on further construction of these claims or based on facts revealed during discovery or both.

| U.S. Pat. No. 10,523,906 | Video Doorbell Pro |
|---|---|
| |  https://simplisafe.com/video-doorbell-pro |

These disclosures are based upon Complainants' present understanding of the meaning and scope of the claims of U.S. Patent No. 10,523,906. Complainants reserve the right to seek leave to supplement or amend these disclosures based on further construction of these claims or based on facts revealed during discovery or both.

| U.S. Pat. No. 10,523,906 | Video Doorbell Pro |
|---|---|
| |  |

These disclosures are based upon Complainants' present understanding of the meaning and scope of the claims of U.S. Patent No. 10,523,906. Complainants reserve the right to seek leave to supplement or amend these disclosures based on further construction of these claims or based on facts revealed during discovery or both.

| U.S. Pat. No. 10,523,906 | Video Doorbell Pro |
|---|---|
| | <br><br>https://simplisafe.com/video-doorbell-pro<br><br>To the extent the preamble of claim 13 is limiting, the Doorbell Pro enables using a detection and viewing system, with the method of claim 13 at least as explained below. |
| [13.2] transmitting digital streaming video from a device upon detection of a person, wherein the device comprises a camera; a microphone; a speaker; a transceiver, one or more buttons, and a motion sensor; | The Doorbell Pro can transmit digital video.<br><br>The Doorbell Pro has a digital camera, a microphone, a speaker, a transceiver, one or more buttons, and a motion sensor. |

These disclosures are based upon Complainants' present understanding of the meaning and scope of the claims of U.S. Patent No. 10,523,906. Complainants reserve the right to seek leave to supplement or amend these disclosures based on further construction of these claims or based on facts revealed during discovery or both.

| U.S. Pat. No. 10,523,906 | Video Doorbell Pro |
|---|---|
| |  https://simplisafe.com/video-doorbell-pro |

These disclosures are based upon Complainants' present understanding of the meaning and scope of the claims of U.S. Patent No. 10,523,906. Complainants reserve the right to seek leave to supplement or amend these disclosures based on further construction of these claims or based on facts revealed during discovery or both.

| U.S. Pat. No. 10,523,906 | Video Doorbell Pro |
|---|---|
| | 
https://apps.fcc.gov/eas/GetApplicationAttachment.html?calledFromFrame=Y&id=4014404 |

These disclosures are based upon Complainants' present understanding of the meaning and scope of the claims of U.S. Patent No. 10,523,906. Complainants reserve the right to seek leave to supplement or amend these disclosures based on further construction of these claims or based on facts revealed during discovery or both.

| U.S. Pat. No. 10,523,906 | Video Doorbell Pro |
|---|---|
|  |  https://apps.fcc.gov/eas/GetApplicationAttachment.html?calledFromFrame=Y&id=4014404 (AP6212 WI-FI/BT SIP MODULE) |

These disclosures are based upon Complainants' present understanding of the meaning and scope of the claims of U.S. Patent No. 10,523,906. Complainants reserve the right to seek leave to supplement or amend these disclosures based on further construction of these claims or based on facts revealed during discovery or both.

| U.S. Pat. No. 10,523,906 | Video Doorbell Pro |
|---|---|
| [13.3] transmitting digital audio using the device; | The Doorbell Pro is capable of transmitting digital audio.<br><br>The Doorbell Pro can engage in 2-way communication via a Wi-Fi connection.<br><br><br><br>https://simplisafe.com/video-doorbell-pro<br><br>For example, after installation of the Doorbell Pro, the user is instructed to download a software application, the SimpliSafe app, to the user's Apple iOS or Android cell phone. |

These disclosures are based upon Complainants' present understanding of the meaning and scope of the claims of U.S. Patent No. 10,523,906. Complainants reserve the right to seek leave to supplement or amend these disclosures based on further construction of these claims or based on facts revealed during discovery or both.

| U.S. Pat. No. 10,523,906 | Video Doorbell Pro |
|---|---|
| | <br><br>https://simplisafe.com/video-doorbell-pro<br><br>In addition, the Video Doorbell Pro requires:<br><br>• A WiFi connection<br>   • The wireless router must be capable of broadcasting at 2.4GHz and with an active Internet connection to stream video. Most networks fulfill this requirement.<br>• An iOS or Android smartphone for setup<br>   • Once installed, the camera can be viewed through a web browser as well<br>https://support.simplisafe.com/hc/en-us/articles/360035706791-Requirements |

These disclosures are based upon Complainants' present understanding of the meaning and scope of the claims of U.S. Patent No. 10,523,906. Complainants reserve the right to seek leave to supplement or amend these disclosures based on further construction of these claims or based on facts revealed during discovery or both.

| U.S. Pat. No. 10,523,906 | Video Doorbell Pro |
|---|---|
| | **9**<br><br>**NOW IT'S TIME TO SETUP YOUR WIFI**<br><br>Open the SimpliSafe app on your mobile device and navigate to "set up my SimpliCam" to finish installing.<br><br><br><br><br><br>https://support.simplisafe.com/hc/en-us/articles/360029485732-Installation-Guide-for-Video-Doorbell-Pro<br><br>Digital audio can be transmitted from the Doorbell Pro to the SimpliSafe app. |

These disclosures are based upon Complainants' present understanding of the meaning and scope of the claims of U.S. Patent No. 10,523,906. Complainants reserve the right to seek leave to supplement or amend these disclosures based on further construction of these claims or based on facts revealed during discovery or both.

| U.S. Pat. No. 10,523,906 | Video Doorbell Pro |
|---|---|
| | **How to use the Video Doorbell's 2-Way Audio**<br><br>**HOW TO USE**<br><br>Two-way audio works on all cameras in the SimpliSafe system.<br><br>• To speak, hold down the microphone button while viewing the livestream<br>• To listen, release the microphone button to hear audio from the camera<br>• **You will not be able to hear** the audio while holding down the microphone button<br><br>https://support.simplisafe.com/hc/en-us/articles/360029810471-How-to-use-the-Video-Doorbell-s-2-Way-Audio |
| [13.4] receiving the digital audio at the device that was captured by a software application used by a peripheral device; | The Doorbell Pro is capable of receiving digital audio at the device that was captured by a software application used by a peripheral device.<br><br>After installation of the Doorbell Pro, the user is instructed to download a software application, the SimpliSafe app, to the user's Apple iOS or Android cell phone. |

These disclosures are based upon Complainants' present understanding of the meaning and scope of the claims of U.S. Patent No. 10,523,906. Complainants reserve the right to seek leave to supplement or amend these disclosures based on further construction of these claims or based on facts revealed during discovery or both.

| U.S. Pat. No. 10,523,906 | Video Doorbell Pro |
|---|---|
| |  https://simplisafe.com/video-doorbell-pro<br><br>In addition, the Video Doorbell Pro requires:<br><br>• A WiFi connection<br>   • The wireless router must be capable of broadcasting at 2.4GHz and with an active Internet connection to stream video. Most networks fulfill this requirement.<br>• An iOS or Android smartphone for setup<br>   • Once installed, the camera can be viewed through a web browser as well<br>https://support.simplisafe.com/hc/en-us/articles/360035706791-Requirements |

These disclosures are based upon Complainants' present understanding of the meaning and scope of the claims of U.S. Patent No. 10,523,906. Complainants reserve the right to seek leave to supplement or amend these disclosures based on further construction of these claims or based on facts revealed during discovery or both.

| U.S. Pat. No. 10,523,906 | Video Doorbell Pro |
|---|---|
| | **9**<br><br>**NOW IT'S TIME TO SETUP YOUR WIFI**<br><br>Open the SimpliSafe app on your mobile device and navigate to "set up my SimpliCam" to finish installing.<br><br>https://support.simplisafe.com/hc/en-us/articles/360029485732-Installation-Guide-for-Video-Doorbell-Pro<br><br>The SimpliSafe app enables digital audio to be received from the Doorbell Pro. |

These disclosures are based upon Complainants' present understanding of the meaning and scope of the claims of U.S. Patent No. 10,523,906. Complainants reserve the right to seek leave to supplement or amend these disclosures based on further construction of these claims or based on facts revealed during discovery or both.

| U.S. Pat. No. 10,523,906 | Video Doorbell Pro |
|---|---|
| | ## How to use the Video Doorbell's 2-Way Audio<br><br>**HOW TO USE**<br><br>Two-way audio works on all cameras in the SimpliSafe system.<br><br>- To speak, hold down the microphone button while viewing the livestream<br>- To listen, release the microphone button to hear audio from the camera<br>- **You will not be able to hear** the audio while holding down the microphone button<br><br>https://support.simplisafe.com/hc/en-us/articles/360029810471-How-to-use-the-Video-Doorbell-s-2-Way-Audio |

These disclosures are based upon Complainants' present understanding of the meaning and scope of the claims of U.S. Patent No. 10,523,906. Complainants reserve the right to seek leave to supplement or amend these disclosures based on further construction of these claims or based on facts revealed during discovery or both.

| U.S. Pat. No. 10,523,906 | Video Doorbell Pro |
|---|---|
| |  https://www.youtube.com/watch?v=KbdcIUjvtWM at 4:48 in video. |

These disclosures are based upon Complainants' present understanding of the meaning and scope of the claims of U.S. Patent No. 10,523,906. Complainants reserve the right to seek leave to supplement or amend these disclosures based on further construction of these claims or based on facts revealed during discovery or both.

| U.S. Pat. No. 10,523,906 | Video Doorbell Pro |
|---|---|
| [13.5] notifying a user that a predetermined condition has occurred; | The Doorbell Pro can notify a user that a predetermined condition has occurred.<br><br>The Doorbell Pro can notify the user that a number of predetermined conditions have occurred.  For example, the Doorbell Pro will display a notification when someone is detected at the door.<br><br>Doorbell Notifications<br><br>Video Doorbell Pro will issue notifications to you when someone presses the doorbell button and when the camera detects motion.<br><br>You can change the notification settings for both detected motion and a doorbell button press. Learn more here.<br><br>https://support.simplisafe.com/hc/en-us/articles/360035333172-Doorbell-Notifications |

These disclosures are based upon Complainants' present understanding of the meaning and scope of the claims of U.S. Patent No. 10,523,906. Complainants reserve the right to seek leave to supplement or amend these disclosures based on further construction of these claims or based on facts revealed during discovery or both.

| U.S. Pat. No. 10,523,906 | Video Doorbell Pro |
| --- | --- |
| |  https://www.youtube.com/watch?v=KbdcIUjvtWM at 6:18 of video. |

These disclosures are based upon Complainants' present understanding of the meaning and scope of the claims of U.S. Patent No. 10,523,906. Complainants reserve the right to seek leave to supplement or amend these disclosures based on further construction of these claims or based on facts revealed during discovery or both.

| U.S. Pat. No. 10,523,906 | Video Doorbell Pro |
|---|---|
| |  https://simplisafe.com/video-doorbell-pro<br><br>Complainants believe that discovery will show that the Doorbell Pro will notify the user of a number of other predetermined conditions have occurred. |
| [13.6] storing the digital streaming video and digital audio in a database; | The Doorbell Pro stores digital streaming video and digital audio in a database.<br><br>For example, the SimpliSafe app provides database or log of events that occur at the Doorbell Pro entrance.  The events include digital video and audio recorded by the Doorbell Pro. |

These disclosures are based upon Complainants' present understanding of the meaning and scope of the claims of U.S. Patent No. 10,523,906. Complainants reserve the right to seek leave to supplement or amend these disclosures based on further construction of these claims or based on facts revealed during discovery or both.

| U.S. Pat. No. 10,523,906 | Video Doorbell Pro |
| --- | --- |
| |  https://www.youtube.com/watch?v=KbdcIUjvtWM at 5:40 of the video. |

These disclosures are based upon Complainants' present understanding of the meaning and scope of the claims of U.S. Patent No. 10,523,906. Complainants reserve the right to seek leave to supplement or amend these disclosures based on further construction of these claims or based on facts revealed during discovery or both.

| U.S. Pat. No. 10,523,906 | Video Doorbell Pro |
|---|---|
| [13.7] replicating at least a portion of the database on one or more computers; and | The Doorbell Pro can replicate at least a portion of the database of recorded video and audio on one or more computers.<br><br>For example, the SimpliSafe app provides database or log of events that occur at the Doorbell Pro entrance.  The events include digital video and audio recorded by the Doorbell Pro. |

These disclosures are based upon Complainants' present understanding of the meaning and scope of the claims of U.S. Patent No. 10,523,906. Complainants reserve the right to seek leave to supplement or amend these disclosures based on further construction of these claims or based on facts revealed during discovery or both.

| U.S. Pat. No. 10,523,906 | Video Doorbell Pro |
|---|---|
| | <br>https://www.youtube.com/watch?v=KbdcIUjvtWM at 5:40 of the video.<br>In addition, SimpliSafe enables cloud storage for video and audio recordings. |

These disclosures are based upon Complainants' present understanding of the meaning and scope of the claims of U.S. Patent No. 10,523,906. Complainants reserve the right to seek leave to supplement or amend these disclosures based on further construction of these claims or based on facts revealed during discovery or both.

| U.S. Pat. No. 10,523,906 | Video Doorbell Pro |
|---|---|
| | **Video Doorbell Pro Subscription**<br><br>Unlimited camera subscriptions are automatically included with the Interactive Monitoring plan. Without the Interactive Monitoring plan, camera subscriptions can also be purchased for $4.99 for one camera or for $9.99 for unlimited cameras.<br><br>A subscription enables 30-day access for recorded videos. Recordings can be downloaded from your mobile app or computer. Subscribed cameras can also enable video verification to enhance their SimpliSafe security system's alarms.<br><br>https://support.simplisafe.com/hc/en-us/articles/360035698811-Video-Doorbell-Pro-Subscription<br><br>— **Expensive cloud storage**: While the SimpliSafe Video Doorbell Pro itself is on the affordable side, the monthly costs for cloud storage is not. Without professional monitoring, which includes cloud storage, 30 days of cloud storage on its own costs $4.99 per month for one camera. That's about $2 more than Ring's monthly subscriptions, which cover twice the amount of cloud storage.<br><br>https://www.security.org/doorbell-camera/simplisafe/review/ |
| [13.8] encrypting the digital streaming video and the digital audio. | The Doorbell Pro enables encrypting the digital streaming video and the digital audio.<br><br>All communications between the Doorbell Pro and the SimpliSafe app are encrypted. |

These disclosures are based upon Complainants' present understanding of the meaning and scope of the claims of U.S. Patent No. 10,523,906. Complainants reserve the right to seek leave to supplement or amend these disclosures based on further construction of these claims or based on facts revealed during discovery or both.

| U.S. Pat. No. 10,523,906 | Video Doorbell Pro |
|---|---|
| | **23. Is the SimpliSafe system secure?**<br><br>SimpliSafe uses end-to-end encoding, 256-bit encryption, and SSL security certification to keep your data safe. These industry-leading security measures are robust and designed to stop hackers from using home security data for malicious purposes.<br><br>https://www.security.org/home-security-systems/simplisafe/faqs/<br><br>• All communication between the base station, the app and our indoor and outdoor cameras -- whether it happens via Wi-Fi or via cellular signal -- is encrypted.<br><br>https://www.cnet.com/news/home-security-systems-video-doorbells-user-privacy-data-security-abode-adt-comcast-nest-ring-simplisafe/ |
| 18. The method of claim 13, further comprising:<br>storing the digital streaming video and digital audio in memory that is part of the device; and | The Doorbell Pro is capable of storing the digital streaming video and digital audio in memory that is part of the device.<br><br>At a minimum, the Doorbell Pro must store the streaming video and digital audio in memory in order to packetize and then transmit the streaming video and digital audio. Further, Complainants believe discovery will show that the Doorbell Pro stores this video and audio in memory for additional processing and/or to achieve local long-term storage.<br><br>The Doorbell Pro has internal memory at least in the form of a Kingston memory chip. |

These disclosures are based upon Complainants' present understanding of the meaning and scope of the claims of U.S. Patent No. 10,523,906. Complainants reserve the right to seek leave to supplement or amend these disclosures based on further construction of these claims or based on facts revealed during discovery or both.

| U.S. Pat. No. 10,523,906 | Video Doorbell Pro |
|---|---|
|  |  https://fccid.io/2AAAS-CM04/Internal-Photos/Internal-Photos-4511742 |
| operating in a low light condition. | The Doorbell Pro is capable of operating in a low light conditions.<br><br>For example, the Doorbell Pro will emit infrared light to maximize the visibility of the camera to allow system operation during low-light or nighttime. |

These disclosures are based upon Complainants' present understanding of the meaning and scope of the claims of U.S. Patent No. 10,523,906. Complainants reserve the right to seek leave to supplement or amend these disclosures based on further construction of these claims or based on facts revealed during discovery or both.

| U.S. Pat. No. 10,523,906 | Video Doorbell Pro |
|---|---|
| | Night Vision<br><br>During night time, the Video Doorbell Pro will emit infrared light to maximize the visibility in the picture.<br><br>Night vision can be adjusted in the settings. Learn more here.<br><br>https://support.simplisafe.com/hc/en-us/articles/360035333392-Night-Vision |

These disclosures are based upon Complainants' present understanding of the meaning and scope of the claims of U.S. Patent No. 10,523,906. Complainants reserve the right to seek leave to supplement or amend these disclosures based on further construction of these claims or based on facts revealed during discovery or both.