# EXHIBIT O

**Claim Chart for U.S. Patent No. 10,674,120**
**COMMUNICATION AND MONITORING SYSTEM**

**Claim 1**

The SimpliSafe SimpliCam Camera and all other similar devices provided by SimpliSafe (collectively, the "SimpliCam") infringes at least the claims charted below of United States Patent No. 10,674,120 (the "'120 Patent"), entitled "Communication and Monitoring System," under 35 U.S.C. § 271(a), either literally or under the doctrine of equivalents. In addition, SimpliSafe indirectly infringes the '120 Patent under sections 271(b) and/or 271(c) by instructing, directing, and/or enabling others, including its customers, purchasers, users and developers, alone, or in combination to use the SimpliCam and/or perform all or some of the steps recited in the claims of the '120 patent, either literally or under the doctrine of equivalents, and by providing a material or apparatus for use in a patented process, when such material or apparatus is especially adapted for use in the infringement of the '120 patent, and is not a staple article or commodity of commerce suitable for substantial non-infringing use.

| U.S. Pat. No. 10,674,120 | SimpliCam |
|---|---|
| [1.1] A detection and viewing system comprising: | To the extent the preamble is limiting, the SimpliCam is a detection and viewing system. |

| U.S. Pat. No. 10,674,120 | SimpliCam |
|---|---|
| |  https://simplisafe.com/home-security-shop |

| U.S. Pat. No. 10,674,120 | SimpliCam |
|---|---|
| | https://simplisafe.com/home-security-shop<br><br>To the extent the preamble of claim 1 is limiting, the SimpliCam is a detection and viewing system associated with an entrance. |
| [1.2] a device comprising: a camera; and a motion sensor, | The SimpliCam has a has a camera and a motion detector. |

| U.S. Pat. No. 10,674,120 | SimpliCam |
|---|---|
| | Meet SimpliCam<br><br>**Stainless Steel Privacy Shutter**<br>**120° Diagonal Field of View**<br>**Internal Microphone**<br>**Status Light**<br>**Night Vision**<br>**HD Video**<br>**Motion Detection**<br><br>**Features**<br>HD Video and Audio<br>24/7 Free Live Streaming<br>Free Motion Alerts<br>Intelligent Motion Detection Algorithm<br>Free App for Android and iPhone<br>Recording and 30-Day Storage (with plan)<br>High Power Infrared Led Cut Filter<br>Millions of Colors<br>Variable Bitrate Compression<br>End-to-End Encryption<br>30 Frames/sec, H.264 Encoding<br>60-Day Money-Back Guarantee<br>3 Year Limited Warranty<br>14°-104° F<br><br>**Stats**<br>4.56 in. x 2.55 in. x 2.08 in.<br>Weight: .33 lbs.<br><br>**Requirements**<br>Wifi Connection<br>AC Power<br>Indoor-Use Only<br><br>https://simplisafe.com/simplicam-security-camera |
| [1.3] wherein the device further comprises an outer housing, | The SimpliCam has an outer housing. |

| U.S. Pat. No. 10,674,120 | SimpliCam |
|---|---|
| | <br>https://simplisafe.com/home-security-shop |
| [1.4] wherein the device is capable of wirelessly transmitting digital streaming video to a peripheral device, which is a smartphone, upon | The SimpliCam can wirelessly transmit digital streaming video to a user's smartphone through the SimpliSafe app, upon detection of a person by the motion detector. |

| U.S. Pat. No. 10,674,120 | SimpliCam |
|---|---|
| detection of a person by the motion sensor, | <br><br>https://simplisafe.com/simplicam-security-camera<br><br>Upon the detection of a person, the SimpliCam can wirelessly transmit streaming video. |

| U.S. Pat. No. 10,674,120 | SimpliCam |
|---|---|
|  | <br>https://simplisafe.com/simplicam-security-camera |

| U.S. Pat. No. 10,674,120 | SimpliCam |
|---|---|
| | **Alerts You to Trouble**<br><br>SimpliCam alerts you for free the instant it detects motion so you can see what's happening and take action.<br><br>**Smart Motion Detection**<br><br>Intelligent sensors are calibrated to detect the unique heat signature of humans.<br><br>https://simplisafe.com/simplicam-security-camera<br><br>**Flawless Streaming**<br><br>What good is HD video if it's choppy, grainy and slow? Here's a secret. To get crystal clear video, you need more than HD resolution. SimpliCam's secret sauce is its compression. Our engineers developed a "variable bitrate compression algorithm," which is a geeky way of saying that with SimpliCam you get crystal clear HD video that loads quickly and plays smooth.<br><br>https://simplisafe.com/simplicam-security-camera |

| U.S. Pat. No. 10,674,120 | SimpliCam |
|---|---|
| [1.5] wherein the system is capable of encrypting the digital streaming video transmitted from the device, | The SimpliCam can encrypt transmitted video.<br><br>23. **Is the SimpliSafe system secure?**<br><br>SimpliSafe uses end-to-end encoding, 256-bit encryption, and SSL security certification to keep your data safe. These industry-leading security measures are robust and designed to stop hackers from using home security data for malicious purposes.<br><br>https://www.security.org/home-security-systems/simplisafe/faqs/<br><br>• All communication between the base station, the app and our indoor and outdoor cameras -- whether it happens via Wi-Fi or via cellular signal -- is encrypted.<br><br>https://www.cnet.com/news/home-security-systems-video-doorbells-user-privacy-data-security-abode-adt-comcast-nest-ring-simplisafe/ |

| U.S. Pat. No. 10,674,120 | SimpliCam |
|---|---|
| |  https://simplisafe.com/simplicam-security-camera |
| [1.7] wherein the device comprises an antenna for transmission of the digital streaming video, | The SimpliCam has an antenna for transmission of the digital streaming video. |

| U.S. Pat. No. 10,674,120 | SimpliCam |
| --- | --- |
|  |  https://simplisafe.com/simplicam-security-camera |

| U.S. Pat. No. 10,674,120 | SimpliCam |
|---|---|
| |   https://simplisafe.com/simplicam-security-camera |
| [1.8] a software application capable of operating on a smartphone, wherein the software application is capable of: | The SimpliSafe app is a software application capable of operating on a smartphone.  In order to install and setup the SimpliCam, the user is instructed to download the SimpliSafe app. |

| U.S. Pat. No. 10,674,120 | SimpliCam |
|---|---|
| | https://support.simplisafe.com/hc/en-us/articles/360029594812-Installation-Help-for-SimpliCam<br><br>https://simplisafe.com/simplicam-security-camera |

| U.S. Pat. No. 10,674,120 | SimpliCam |
|---|---|
| [1.9] a) displaying the digital streaming video and at the same time displaying at least one icon; | The SimpliSafe app can display the digital streaming video and at the same time displaying at least one icon.<br><br><br><br>https://simplisafe.com/simplicam-security-camera |

| U.S. Pat. No. 10,674,120 | SimpliCam |
|---|---|
| | https://simplisafe.com/simplicam-security-camera |
| [1.10] b) displaying recorded video; and | The SimpliSafe app displays recorded video. |

| U.S. Pat. No. 10,674,120 | SimpliCam |
|---|---|
| |  [https://simplisafe.com/simplicam-security-camera](https://simplisafe.com/simplicam-security-camera)<br><br>The SimpliSafe app can provide the user access to stored recordings of video and digital audio.  The recordings are organized be the date and time that they occurred. |

| U.S. Pat. No. 10,674,120 | SimpliCam |
|---|---|
| | <br>https://play.google.com/store/apps/details?id=com.simplisafe.mobile&hl=en_US |

| U.S. Pat. No. 10,674,120 | SimpliCam |
|---|---|
| [1.11] c) modifying one or more control parameters associated with the device; and | The user can use the SimpliSafe app to modify one or more control parameters associated with the SimpliCam.<br><br>For example, the SimpliSafe app allows the user to adjust the picture quality, night vision, motion detection and other options. |

## How do I change my camera's settings?

From the app's home screen, click the three horizontal lines on the top left to pull out the side menu.  Next, click "Cameras" to pull out the camera page and click the gear icon in the top-right corner of the screen. Select the camera whose settings you'd like to change (or change the setting for Video Verification before continuing on to your camera's settings).  From here you have access to the following options:

| Setting | Explanation | Setting Options | Default Value |
|---|---|---|---|
| Privacy Shutter (SimpliCam Only) | Determines when the privacy shutter* is open based on your security system's mode (Off, Home, or Away). | Home<br>• Open<br>• Closed<br>Away<br>• Open<br>• Closed<br>Off<br>• Open<br>• Closed | Home<br>• Closed<br>Away<br>• Open<br>Off<br>• Closed |
| Motion Detection: Motion Events** | Allows you to turn Motion Detection on or off. | On<br>Off | On |
| Motion Detection: Motion Notifications*** | Determines whether you will receive push notifications for motion events for your smartphone | Off<br>On | On |
| Motion Detection: Sensitivity | Determines the sensitivity of motion detection. This affects both notifications and automatic recordings | Low<br>Medium<br>High | Medium |
| Nightvision | Emits an infrared light to allow the camera to view at night. | On<br>Off<br>Auto | Auto |
| Mic & Audio | Determines if audio is recorded with camera video | On<br>Off | On |
| Picture Quality | Determines the picture quality. Higher picture quality makes your video clearer, but uses more internet bandwidth. | 420p<br>720p<br>1080p | 720p |
| Status Light | LED light that indicates when the camera is recording. | On<br>Off | On |
| WiFi Network | Allows you to choose the WiFi network for your cameras. | N/A | N/A |

https://support.simplisafe.com/hc/en-us/articles/360029440912-How-do-I-change-my-camera-s-settings-

| U.S. Pat. No. 10,674,120 | SimpliCam |
|---|---|
| [1.12] a database comprising a hierarchy of storage for the digital streaming video captured by the device. | The SimpliCam system with a database with a storage hierarchy of storage for the digital streaming video captured by the SimpliCam.<br><br>For example, stored recordings of video and digital audio are available on the SimpliSafe app.  The recordings are ordered and organized by date, time, and event. |

| U.S. Pat. No. 10,674,120 | SimpliCam |
|---|---|
|  |  https://play.google.com/store/apps/details?id=com.simplisafe.mobile&hl=en_US |