# Exhibit 3

UNITED STATES INTERNATIONAL TRADE COMMISSION

Washington, D.C.

Before the Honorable Clark S. Cheney

Administrative Law Judge

--------------------------------x

In the Matter of Investigation No.

CERTAIN IP CAMERA SYSTEMS 337-TA-1242

INCLUDING VIDEO DOORBELLS AND

COMPONENTS THEREOF

--------------------------------x

Summary Determination Motion

Wednesday, June 16, 2021

The parties met via remote videoconferencing pursuant to notice of the Administrative Law Judge at 10:30 a.m. Eastern Daylight Time.

APPEARANCES:

(All parties appeared remotely)

For Complainants SkyBell Technologies, Inc., SB IP Holdings, LLC, and Eyetalk365 LLC:

GARY R. SORDEN, ESQ.
NIKY BAGLEY, ESQ.
VISHAL PATEL, ESQ.
TIMOTHY CRADDOCK, ESQ.
JAMES PERKINS, ESQ.
BRIAN KING, ESQ.
Cole Schotz, P.C.
901 Main Street
Dallas, Texas 75202

For Respondent Arlo Technologies, Inc.:

SEAN C. CUNNINGHAM, ESQ.
ROBERT C. WILLIAMS, ESQ.
PETER NELSON, ESQ.
DLA Piper LLP (US)
401 B Street
San Diego, California 92101

CONTINUED ON FOLLOWING PAGE

APPEARANCES (continued):

For Respondent SimpliSafe, Inc.:

AKSHAY S. DEORAS, ESQ.
Kirkland & Ellis LLP
555 California Street
San Francisco, California 94104

-and-

LESLIE M. SCHMIDT, ESQ.
Kirkland & Ellis LLP
601 Lexington Avenue
New York, New York 10022

For Respondent Vivint Smart Home, Inc.:

CHARLES S. BARQUIST, ESQ.
Maschoff Brennan
300 South Grand Avenue
Los Angeles, California 90071

CONTINUED ON FOLLOWING PAGE

say that there are, in fact, disputed facts, and they are listed in our response to the listing of allegedly undisputed facts.

If Respondents' assertion that there aren't any disputed facts was simply sort of an offhand remark that wasn't actually intended to imply that there are zero disputed facts, then we can move on, right.

JUDGE CHENEY: I think what's in dispute is one side thinks something is facts and the other side doesn't think it's facts.

MR. CRADDOCK: And perhaps that's why we're before the Court, Your Honor.

JUDGE CHENEY: Okay. Just so I'm clear, I want to make sure I dispose of the arguments that you are presenting to me, Mr. Craddock. Your only dispute is the way I should interpret this '575 file history. There's not some other fact outside of the wrapper that you're relying on.

MR. CRADDOCK: Correct. The universe that matters here is what's in the certified file wrapper. That's the universe of documents that matters. And our real primary argument is that the Respondents haven't carried their burden of showing that anything in that file wrapper establishes a date earlier than April 7th for a date of abandonment. And that, in any event, termination of

proceedings didn't happen until April 7th. And for both of those reasons continuity under section 120 is proper.

JUDGE CHENEY: And you don't dispute that the documents that I have before me in the record here are the true and accurate and correct documents of the certified file wrapper.

MR. CRADDOCK: With respect to the documents that actually appear in the certified file wrapper itself, that's correct.

JUDGE CHENEY: And you don't have a contention that there are documents that were submitted to the Patent Office that I don't have in the certified file wrapper. I've seen no declaration from someone saying, I actually submitted the fee and it's not properly recorded at the Patent Office.

MR. CRADDOCK: That is correct. There are a few screenshots included in defendant's exhibits that are from the public PAIR page that are not included in the certified file wrapper. So just for clarity, what I mean by we don't dispute the, you know, the documents in the certified file wrapper itself, that's just what we mean.

JUDGE CHENEY: Okay. Ms. Schmidt, anything else you'd like to add?

MS. SCHMIDT: No, Your Honor, unless you have any additional questions.

C E R T I F I C A T E

TITLE: CERTAIN IP CAMERA SYSTEMS INCLUDING VIDEO DOORBELLS AND COMPONENTS THEREOF

INVESTIGATION NO.: 337-TA-1242

HEARING DATE: June 16, 2021

LOCATION: Washington, D.C. - Remote

NATURE OF HEARING: Summary Determination Motion

I hereby certify that the foregoing/attached transcript is a true, correct and complete record of the above-referenced proceedings of the U.S. International Trade Commission.

Date: June 17, 2021

Signed:

ss//

Signature of the Contractor or the Authorized Contractor's Representative

I hereby certify that I am not the court reporter and that I have proofread the above-referenced transcript of the proceedings of the U.S. International Trade Commission against the aforementioned court reporter's notes and recordings for accuracy in transcription in the spelling, hyphenation, punctuation and speaker identification and did not make any changes of a substantive nature. The foregoing/attached transcript is a true, correct and complete transcription of the proceedings.

Signed:

ss// Raymond G. Brynteson

I hereby certify that I reported the above-referenced proceedings of the U.S. International Trade Commission and caused to be prepared from my record media and notes of the proceedings a true, correct and complete verbatim recording of the proceedings.

Signed:

ss// Linda Kinkade