IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| SIMPLISAFE, INC., | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No.: 1:20-cv-12288 |
| SKYBELL TECHNOLOGIES, INC., SB IP HOLDINGS, LLC, AND EYETALK365, LLC, | ) ) ) ) | JURY TRIAL DEMANDED |
| Defendants. | ) | |

**[PROPOSED] ORDER PARTIALLY LIFTING STAY OF PROCEEDINGS**

This case is before the Court on a motion from Plaintiff SimpliSafe, Inc., to partially lift the stay of proceedings to permit Plaintiff to file a summary judgment motion. After consideration of the motion, the Court finds that to conserve judicial and party resources, and to promote the fair and efficient administration of justice, it is hereby ORDERED as follows:

The Court's discretionary stay is lifted for the limited purpose to allow Plaintiff to file a motion for summary judgment on Count XV of the Complaint.

**SO ORDERED.**

_____, 2021

_____
ALLISON D. BURROUGHS
UNITED STATES DISTRICT JUDGE